B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **DISTRICT OF** *MINNESOTA* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *WALSH, JAMES MARK* | *WALSH, KATHRYN ANN* |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): *NONE* |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *4407* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *9572* |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *12165 JANERO AVE N* *Hugo, MN*   ZIPCODE *55038* | Street Address of Joint Debtor (No. & Street, City, and State): *12165 JANERO AVE N* *Hugo, MN*   ZIPCODE *55038* |
|---|---|

| County of Residence or of the Principal Place of Business: *WASHINGTON* | County of Residence or of the Principal Place of Business: *WASHINGTON* |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME*   ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME*   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):   *NOT APPLICABLE*   ZIPCODE | |
|---|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/13)                                                                        FORM B1, Page  2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**JAMES MARK WALSH and**
**KATHRYN ANN WALSH**

---

**All Prior Bankruptcy Cases Filed Within Last 8 Years**        (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **NONE** | | |
| Location Where Filed: | Case Number: | Date Filed: |
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**        (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **NONE** | | |
| District: | Relationship: | Judge: |

---

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X   **/s/ ROSANNE H. WIRTH**                    **05/13/2014**<br>Signature of Attorney for Debtor(s)                     Date |

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

---

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *JAMES MARK WALSH and* *KATHRYN ANN WALSH* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ JAMES MARK WALSH*
Signature of Debtor

X */s/ KATHRYN ANN WALSH*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*05/13/2014*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ ROSANNE H. WIRTH*
Signature of Attorney for Debtor(s)

*ROSANNE H. WIRTH 0137479*
Printed Name of Attorney for Debtor(s)

*LAPP, LIBRA, THOMSON, STOEBNER & PUSCH*
Firm Name

*120 SOUTH SIXTH STREET*
Address

*SUITE 2500*

*MINNEAPOLIS, MN  55402*

*612-338-5815*
Telephone Number

*05/13/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re  *JAMES MARK WALSH*                                          Case No.
   *and*                                                                          (if known)
   *KATHRYN ANN WALSH*

_____
        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐  4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  */s/ JAMES MARK WALSH*

Date:  *05/13/2014*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re  *JAMES MARK WALSH*                                        Case No.
    *and*                                                        Chapter    7
    *KATHRYN ANN WALSH*

_____
                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ KATHRYN ANN WALSH*

Date:   *05/13/2014*

FB 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re *JAMES MARK WALSH and KATHRYN ANN WALSH*

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      250,200.00 | | |
| B-Personal Property | *Yes* | *7* | $      288,153.65 | | |
| C-Property Claimed as Exempt | *Yes* | *6* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      248,598.79 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $       75,938.04 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *20* | | $       90,776.77 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *45* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        1,491.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        5,522.00 |
| TOTAL | | 87 | $      538,353.65 | $      415,313.60 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re *JAMES MARK WALSH* and *KATHRYN ANN WALSH*

Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 75,938.04 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 75,938.04 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 1,491.00 |
| Average Expenses (from Schedule J, Line 22) | $ 5,522.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,777.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 75,938.04 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 90,776.77 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 92,553.77 |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re  *JAMES MARK WALSH and KATHRYN ANN WALSH* _____   Case No. _____
    Debtor                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___88___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *5/13/2014* _____      Signature  */s/ JAMES MARK WALSH* _____
                                                    *JAMES MARK WALSH*

Date: *5/13/2014* _____      Signature  */s/ KATHRYN ANN WALSH* _____
                                                    *KATHRYN ANN WALSH*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: _____                                        Social security No. : _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,        Case No._____
                  Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *12165 JANERO AVE N., HUGO, MN 55038, IN WASHINGTON COUNTY, MINNESOTA, SEE EXHIBIT A ATTACHED FOR LEGAL DESCRIPTION* | | J | *$250,200.00* | *$233,021.79* |
| No continuation sheets attached | | **TOTAL $**<br>(Report also on Summary of Schedules.) | *250,200.00* | |

# EXHIBIT A

WASHINGTON COUNTY

METRO TITLE CORPORATION
Spring Hyde Park Plaza
405 Sibley Street
Saint Paul, Minnesota 55101
(612) 222-1775

ABSTRACT OF TITLE

TO

All that part of the Southeast Quarter of the Southeast Quarter
(SE¼ of SE¼) of Section Thirty-five (35), Township Thirty-one (31)
North, Range Twenty-one (21) West, Washington County, Minnesota,
described as follows:
Commencing at the Northwest corner of said Southeast Quarter of
Southeast Quarter (SE¼ of SE¼) of Section Thirty-five (35); thence
East along the North line of said Southeast Quarter of Southeast
Quarter (SE¼ of SE¼) of Section Thirty-five (35) a distance of Two
hundred thirty-three (233) feet, thence South at right angles a
distance of Two hundred thirty-three (233) feet to the point of
beginning of property herein to be described; thence East at right
angles a distance of Four hundred (400) feet; thence South at right
anlges a distance of Two hundred (200) feet; thence West at right
angles a distance of Four hundred (400) feet; thence North at right
angles a distance of Two hundred (200) feet to the point of beginning.
Together with an easement for ingress and egress over the South
Sixty-six (66) feet of the North Four hundred ninety-nine (499) feet
of the Westerly Five hundred (500) feet of said Southeast Quarter of
Southeast Quarter (SE¼ of SE¼) of Section Thirty-five (35).

According to the United States Government Survey thereof.

B6B (Official Form 6B) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,    Case No. _____
                                    **Debtor(s)**                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *CASH* *Location: In debtor's possession* | J | $300.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *CHEROKEE STATE BANK ACCOUNT #5214* *Location: In debtor's possession* | J | $1,911.97 |
| | | *US BANK ACCOUNT #4112 THIS IS DAUGHTER'S ACCOUNT, OPENED WHEN DAUGHTER WAS A MINOR AND BELONGS TO DAUGHTER.  NOT PROPERTY OF THE ESTATE.* *Location: IN DAUGHTER'S POSSESSION* | W | $75.87 |
| | | *US BANK ACCOUNT #5909.* *ACCOUNT IS IN THE DAUGHTER'S NAME.  JAMES WALSH IS ON THE ACCOUNT AS GUARDIAN.  INCOME FROM HER JOB AT OPPORTUNITY SERVICES.  (THIS IS NOT PROPERTY OF THE ESTATE)* *Location: IN DAUGHTER'S POSSESSION* | H | $152.62 |
| | | *US BANK ACCOUNT #7165* *ACCOUNT IS IN DAUGHTER'S NAME.  JAMES WALSH IS ON ACCOUNT AS GUARDIAN.  INCOME FROM HER JOB AT OPPORTUNITY SERVICES (THIS IS NOT PROPERTY OF THE ESTATE)* *Location: IN DAUGHTER'S POSSESSION.* | H | $771.62 |
| | | *US BANK ACCOUNT #9582* *KATHRYN WALSH DBA 1974 REUNION THESE FUNDS DO NOT BELONG TO THE DEBTOR,  (THIS IS FOR CLASS REUNION PURPOSES ONLY AND IS NOT PROPERTY OF THE ESTATE)* | W | $369.33 |

B6B (Official Form 6B) (12/07)

In re  *JAMES MARK WALSH and KATHRYN ANN WALSH*,           Case No. _____

                      Debtor(s)                                                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | *US BANK CHECKING ACCOUNT #3011* Location: In debtor's possession | H | $15.30 |
| | | *US BANK CHECKING ACCOUNT #9054* Location: In debtor's possession | W | $70.22 |
| | | *US BANK SAVINGS ACCOUNT #2551* Location: In debtor's possession | W | $73.82 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *HOUSEHOLD GOODS AND FURNITURE* *1 COMPUTER (4 YRS OLD), 3 TELEVISIONS (7 to 10 YRS OLD), CD PLAYER, WII SYSTEM* Location: In debtor's possession | J | $4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *CLOTHING* Location: In debtor's possession | W | $300.00 |
| | | *CLOTHING* Location: In debtor's possession | H | $300.00 |
| 7. Furs and jewelry. | | *JEWELRY* *3 RINGS AND 1 PAIR SMALL DIAMOND EARRINGS* Location: In debtor's possession | W | $1,550.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *WEAPONS* *2 - 12 GAUGE SHOTGUNS, 2 DEER RIFLES, 1 - 22 RIFLE* Location: In debtor's possession | H | $900.00 |

B6B (Official Form 6B) (12/07)

In re JAMES MARK WALSH and KATHRYN ANN WALSH _____,   Case No. _____
              Debtor(s)                                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | CARPENTERS AND JOINERS DEFINED CONTRIBUTION PLAN (THROUGH SECURIAN) ACCT #4407 Location: In debtor's possession | H | $28,862.70 |
| | | TWIN CITY CARPENTERS AND JOINERS BENEFIT FUNDS ACCT #4407 Location: In debtor's possession | H | $145,605.20 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | OWNERSHIP INTEREST IN ALPHA EQUIPMENT, LLC 50% OWNER WITH FAYE ELLISON MITCHELL 2012 TAX RETURN SCH L SHOWS ASSETS OF @ $93K AND LIABILITES OF @ $158K, FOR A NEGATIVE NET WORTH OF $65K

**NOTE: DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS Location: DENIS MITCHELL'S POSESSION | W | $1.00 |
| | | OWNERSHIP INTEREST IN ALPHA STUCCO, INC. 50% OWNER WITH DENIS MITCHELL 2012 TAX RETURNS SCH L SHOWS ASSETS OF @$453k AND LIABILITIES OF @$446K, FOR NET WORTH AS PER THIS SCHEDULE OF @$7K

**NOTE: DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS | H | $1.00 |

B6B (Official Form 6B) (12/07)

In re  _JAMES MARK WALSH and KATHRYN ANN WALSH_____,   Case No. _____
                                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: DENIS MITCHELL'S POSSESSION | | |
| | | ALPHA WALL SYSTEMS, INC. 100% OWNER (DENIS MITCHELL FORMER 50% OWNER) **NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS Location: IN DENIS MITCHELL'S POSSESSION | H | $1.00 |
| | | OWNERSHIP INTEREST IN ALTA CONTRACTORS, LLC 50% OWNER WITH DENIS MITCHELL, JEFF MCCALLUM.  2012 TAX RETURN, SCH L SHOWS ASSETS OF @$1.11M AND LIABILITIES OF @$1.19M FOR A NEGATIVE NET WORTH **NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS Location: IN DENIS MITCHELL'S POSSESSION | H | $1.00 |
| | | OWNERSHIP INTEREST IN WM EQUIPMENT CO., INC. 40% OWNER WITH DENNIS MITCHELL 2012 SCH L SHOWS ASSETS OF $1.2M (INCLUDING $195,415 LOANS TO OFFICERS) AND LIABILITIES OF $1.3M FOR A NEGATIVE NET WORTH **NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS Location: IN DENIS MITCHELL'S POSSESSION | H | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07)

In re  JAMES MARK WALSH and KATHRYN ANN WALSH                        ,       Case No. _____
                                                                                                              (if known)
                                  Debtor(s)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts Receivable. | | *WAGES OWED AND POSSIBLE PROFIT FROM ALTA CONTRACTORS SERVICES, LLC AND/OR ALTA CONTRACTORS, LLC FROM JOB IN WATFORD CITY ND JOB Location: UNPAID* | H | $15,600.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *2013 FEDERAL TAX REFUND, 2013 MN STATE TAX REFUND, 2013 PROPERTY TAX REFUND, 2014 FEDERAL TAX REFUND, 2014 MN STATE TAX REFUND, 2014 PROPERTY TAX REFUND AMOUNTS ARE UNKNOWN; AMOUNTS GIVEN ARE AN ESTIMATE Location: TO BE FILED* | J | $11,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1984 HARLEY DAVIDSON @54,000 MILES Location: In debtor's possession* | H | $3,500.00 |
| | | *2000 F350 FORD PICKUP @326,000 MILES Location: In debtor's possession* | H | $5,966.00 |

B6B (Official Form 6B) (12/07)

In re JAMES MARK WALSH and KATHRYN ANN WALSH ,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2011 MARINER @63,000 MILES*<br>*Location: In debtor's possession* | W | $13,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *ACCRUED AND UNPAID WAGES ESTIMATE*<br>*Location: TO BE PAID* | W | $700.00 |
| | | *CLAIM AGAINST DENIS MITCHELL FOR FRAUD AND/OR BREACH OF FIDUCIARY DUTY AND OTHER CLAIMS RELATING TO HIS MANAGEMENT OF ALPHA EQUIPMENT, LLC, ALPHA STUCCO, INC., ALPHA WALL SYSTEMS, INC., ALTA CONTRACTORS, LLC AND WM EQUIPMENT CO., INC.  AMOUNT GIVEN IS AN ESTIMATE ONLY*<br>*Location: N/A* | J | $50,000.00 |
| | | *FOREIGN IRAQ DINARS 42 VALUED AT @ $24.375 VALUED AS PER WWW.BUYALITTLEDINAR.COM*<br>*Location: In debtor's possession* | J | $1,024.00 |
| | | *JOHN DEERE RIDING LAWN MOWER*<br>*Location: In debtor's possession* | J | $800.00 |

B6B (Official Form 6B) (12/07)

In re  *JAMES MARK WALSH and KATHRYN ANN WALSH*                              ,         Case No. _____
                 Debtor(s)                                                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | | |

Page  7  of  7                                                                          **Total ➧** | *$288,153.65* |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,    Case No. _____
                        Debtor(s)                                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property **Claimed By Debtor** | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _12165 JANERO AVE N., HUGO, MN 55038, IN WASHINGTON COUNTY, MINNESOTA, SEE EXHIBIT A ATTACHED FOR LEGAL DESCRIPTION_ | _11 USC 522(d)(1)_ | $ 8,589.10 | $ 250,200.00 |
| _CASH_ | _11 USC 522(d)(5)_ | $ 150.00 | $ 300.00 |
| _CHEROKEE STATE BANK ACCOUNT #5214_ | _11 USC 522(d)(5)_ | $ 955.99 | $ 1,911.97 |
| _US BANK CHECKING ACCOUNT #3011_ | _11 USC 522(d)(5)_ | $ 15.30 | $ 15.30 |
| _HOUSEHOLD GOODS AND FURNITURE 1 COMPUTER (4 YRS OLD), 3 TELEVISIONS (7 to 10 YRS OLD), CD PLAYER, WII SYSTEM_ | _11 USC 522(d)(3)_ | $ 2,000.00 | $ 4,000.00 |
| _CLOTHING_ | _11 USC 522(d)(3)_ | $ 300.00 | $ 300.00 |
| _WEAPONS 2 - 12 GAUGE SHOTGUNS, 2 DEER RIFLES, 1 - 22 RIFLE_ | _11 USC 522(d)(5)_ | $ 900.00 | $ 900.00 |
| _CARPENTERS AND JOINERS DEFINED CONTRIBUTION PLAN (THROUGH SECURIAN) ACCT #4407_ | _11 USC 522(d)(10)(E) 11 USC 522(d)(12)_ | $ 28,862.70 $ 0.00 | $ 28,862.70 |
| _TWIN CITY CARPENTERS AND JOINERS BENEFIT FUNDS ACCT #4407_ | _11 USC 522(d)(10)(E) 11 USC 522(d)(12)_ | $ 72,802.60 $ 0.00 | $ 145,605.20 |
| _OWNERSHIP INTEREST IN ALPHA STUCCO, INC._ | _11 USC 522(d)(5)_ | $ 1.00 | $ 1.00 |

Page No. __1__ of __6__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re __JAMES MARK WALSH and KATHRYN ANN WALSH_____,    Case No. _____
                    Debtor(s)                                                                                (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property<br><br>**Claimed By Debtor** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| 50% OWNER WITH DENIS MITCHELL 2012 TAX RETURNS SCH L SHOWS ASSETS OF @$453k AND LIABILITIES OF @$446K, FOR NET WORTH AS PER THIS SCHEDULE OF @$7K<br><br>**NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS | | | |
| ALPHA WALL SYSTEMS, INC. 100% OWNER (DENIS MITCHELL FORMER 50% OWNER)<br><br>**NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS | 11 USC 522(d)(5) | $ 1.00 | $ 1.00 |
| OWNERSHIP INTEREST IN ALTA CONTRACTORS, LLC 50% OWNER WITH DENIS MITCHELL, JEFF MCCALLUM.  2012 TAX RETURN, SCH L SHOWS ASSETS OF @$1.11M AND LIABILITIES OF @ $1.19M FOR A NEGATIVE NET WORTH<br><br>**NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS | 11 USC 522(d)(5) | $ 1.00 | $ 1.00 |
| OWNERSHIP INTEREST IN WM EQUIPMENT CO., INC. | 11 USC 522(d)(5) | $ 1.00 | $ 1.00 |

Page No. __2__ of __6__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,   Case No. _____
               Debtor(s)                                                                                          (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property Claimed By Debtor | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 40% OWNER WITH DENNIS MITCHELL 2012 SCH L SHOWS ASSETS OF $1.2M (INCLUDING $195,415 LOANS TO OFFICERS) AND LIABILITIES OF $1.3M FOR A NEGATIVE NET WORTH **NOTE: DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS | | | |
| WAGES OWED AND POSSIBLE PROFIT FROM ALTA CONTRACTORS SERVICES, LLC AND/OR ALTA CONTRACTORS, LLC FROM JOB IN WATFORD CITY ND JOB | 11 USC 522(d)(5) | $ 1,000.00 | $ 15,600.00 |
| 2013 FEDERAL TAX REFUND, 2013 MN STATE TAX REFUND, 2013 PROPERTY TAX REFUND, 2014 FEDERAL TAX REFUND, 2014 MN STATE TAX REFUND, 2014 PROPERTY TAX REFUND AMOUNTS ARE UNKNOWN; AMOUNTS GIVEN ARE AN ESTIMATE | 11 USC 522(d)(5) | $ 3,500.00 | $ 11,500.00 |
| 1984 HARLEY DAVIDSON @54,000 MILES | 11 USC 522(d)(5) | $ 3,500.00 | $ 3,500.00 |
| 2000 F350 FORD PICKUP @326,000 MILES | 11 USC 522(d)(2) 11 USC 522(d)(6) | $ 3,675.00 $ 2,291.00 | $ 5,966.00 |
| CLAIM AGAINST DENIS MITCHELL FOR FRAUD AND/OR BREACH OF FIDUCIARY DUTY AND OTHER CLAIMS RELATING TO HIS MANAGEMENT OF ALPHA EQUIPMENT, LLC, ALPHA STUCCO, INC., ALPHA WALL SYSTEMS, INC., ALTA | 11 USC 522(d)(5) | $ 1,000.00 | $ 50,000.00 |

Page No. __3__ of __6__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,   Case No. _____
              Debtor(s)                                                                                    (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property **Claimed By Debtor** | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| CONTRACTORS, LLC AND WM EQUIPMENT CO., INC.  AMOUNT GIVEN IS AN ESTIMATE ONLY | | | |
| FOREIGN IRAQ DINARS 42 VALUED AT @ $24.375 VALUED AS PER WWW.BUYALITTLEDINAR.COM | 11 USC 522(d)(5) | $ 512.00 | $ 1,024.00 |
| JOHN DEERE RIDING LAWN MOWER | 11 USC 522(d)(5) | $ 400.00 | $ 800.00 |

Page No. __4__ of __6__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,    Case No. _____
          Debtor(s)                                                         (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Spouse** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *12165 JANERO AVE N., HUGO, MN 55038, IN WASHINGTON COUNTY, MINNESOTA,*<br>*SEE EXHIBIT A ATTACHED FOR*<br>*LEGAL DESCRIPTION* | *11 USC 522(d)(1)* | *$ 8,589.10* | *$ 250,200.00* |
| *CASH* | *11 USC 522(d)(5)* | *$ 150.00* | *$ 300.00* |
| *CHEROKEE STATE BANK ACCOUNT #5214* | *11 USC 522(d)(5)* | *$ 955.99* | *$ 1,911.97* |
| *US BANK CHECKING ACCOUNT #9054* | *11 USC 522(d)(5)* | *$ 70.22* | *$ 70.22* |
| *US BANK SAVINGS ACCOUNT #2551* | *11 USC 522(d)(5)* | *$ 73.82* | *$ 73.82* |
| *HOUSEHOLD GOODS AND FURNITURE*<br>*1 COMPUTER (4 YRS OLD), 3*<br>*TELEVISIONS (7 to 10 YRS OLD),*<br>*CD PLAYER, WII SYSTEM* | *11 USC 522(d)(3)* | *$ 2,000.00* | *$ 4,000.00* |
| *CLOTHING* | *11 USC 522(d)(3)* | *$ 150.00* | *$ 300.00* |
| *JEWELRY*<br>*3 RINGS AND 1 PAIR SMALL*<br>*DIAMOND EARRINGS* | *11 USC 522(d)(4)* | *$ 1,550.00* | *$ 1,550.00* |
| *OWNERSHIP INTEREST IN ALPHA*<br>*EQUIPMENT, LLC*<br>*50% OWNER WITH FAYE ELLISON*<br>*MITCHELL 2012 TAX RETURN SCH L*<br>*SHOWS ASSETS OF @ $93K AND*<br>*LIABILITIES OF @ $158K, FOR A*<br>*NEGATIVE NET WORTH OF $65K* | *11 USC 522(d)(5)* | *$ 1.00* | *$ 1.00* |

Page No. __5__ of __6__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re <u>JAMES MARK WALSH and KATHRYN ANN WALSH</u>                                    ,          Case No. _____
                          Debtor(s)                                                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property<br>**Claimed By Spouse** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| **NOTE:  DENIS MITCHELL HAS CONTROL OF THE BOOKS AND RECORDS FOR THIS ENTITY AND DESPITE DEMAND HAS FAILED TO PROVIDE DEBTORS WITH ACCESS TO THESE RECORDS* | | | |
| 2013 FEDERAL TAX REFUND, 2013 MN STATE TAX REFUND, 2013 PROPERTY TAX REFUND, 2014 FEDERAL TAX REFUND, 2014 MN STATE TAX REFUND, 2014 PROPERTY TAX REFUND AMOUNTS ARE UNKNOWN; AMOUNTS GIVEN ARE AN ESTIMATE | 11 USC 522(d)(5) | $ 8,000.00 | $ 11,500.00 |
| 2011 MARINER @63,000 MILES | 11 USC 522(d)(2) | $ 0.00 | $ 13,800.00 |
| ACCRUED AND UNPAID WAGES ESTIMATE | 11 USC 522(d)(5) | $ 700.00 | $ 700.00 |
| CLAIM AGAINST DENIS MITCHELL FOR FRAUD AND/OR BREACH OF FIDUCIARY DUTY AND OTHER CLAIMS RELATING TO HIS MANAGEMENT OF ALPHA EQUIPMENT, LLC, ALPHA STUCCO, INC., ALPHA WALL SYSTEMS, INC., ALTA CONTRACTORS, LLC AND WM EQUIPMENT CO., INC.  AMOUNT GIVEN IS AN ESTIMATE ONLY | 11 USC 522(d)(5) | $ 1,000.00 | $ 50,000.00 |
| FOREIGN IRAQ DINARS 42 VALUED AT @ $24.375 VALUED AS PER WWW.BUYALITTLEDINAR.COM | 11 USC 522(d)(5) | $ 512.00 | $ 1,024.00 |
| JOHN DEERE RIDING LAWN MOWER | 11 USC 522(d)(5) | $ 400.00 | $ 800.00 |

Page No. __6__ of __6__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# EXHIBIT A

METRO TITLE CORPORATION
1055 Meritor Park Plaza
405 Sibley Street
Saint Paul, Minnesota 55101
(612) 222-1775

**WASHINGTON COUNTY**

ABSTRACT OF TITLE

TO

All that part of the Southeast Quarter of the Southeast Quarter
(SE¼ of SE¼) of Section Thirty-five (35), Township Thirty-one (31)
North, Range Twenty-one (21) West, Washington County, Minnesota,
described as follows:
Commencing at the Northwest corner of said Southeast Quarter of
Southeast Quarter (SE¼ of SE¼) of Section Thirty-five (35); thence
East along the North line of said Southeast Quarter of Southeast
Quarter (SE¼ of SE¼) of Section Thirty-five (35) a distance of Two
hundred thirty-three (233) feet, thence South at right angles a
distance of Two hundred thirty-three (233) feet to the point of
beginning of property herein to be described; thence East at right
angles a distance of Four hundred (400) feet; thence South at right
anlges a distance of Two hundred (200) feet; thence West at right
angles a distance of Four hundred (400) feet; thence North at right
angles a distance of Two hundred (200) feet to the point of beginning.
Together with an easement for ingress and egress over the South
Sixty-six (66) feet of the North Four hundred ninety-nine (499) feet
of the Westerly Five hundred (500) feet of said Southeast Quarter of
Southeast Quarter (SE¼ of SE¼) of Section Thirty-five (35).

According to the United States Government Survey thereof.

B6D (Official Form 6D) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,          Case No._____
                                            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> **Creditor # : 1** <br> **BANK OF AMERICA** <br> **PO BOX 5170** <br> **Simi Valley CA 93062-5170** | J | **HOMESTEAD** <br><br> Value: **$ 250,200.00** | | | | **$ 170,738.79** | **$ 0.00** |
| Account No: <br><br> **Creditor # : 2** <br> **EAGLE VALLEY BANK** <br> **14800 GALAXIE AVE #100** <br> **Saint Paul MN 55124** | J | **HOMESTEAD** <br><br> Value: **$ 250,200.00** | | | | **$ 62,283.00** | **$ 0.00** |

<u>  1  </u>   continuation sheets attached

Subtotal $ (Total of this page)         **$ 233,021.79**        **$ 0.00**

Total $ (Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re JAMES MARK WALSH and KATHRYN ANN WALSH                            ,          Case No._____
                            **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> **Creditor # : 3** <br> **POSTAL CREDIT UNION** <br> **2401 MCKNIGHT RD N** <br> **Saint Paul MN 55109** | J | <br> *2011 MARINER* <br><br> Value: **$ 13,800.00** | | | | **$ 15,577.00** | **$ 1,777.00** |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |

Sheet no. 1 of 1    continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | **$ 15,577.00** | **$ 1,777.00** |
| **Total $** <br> (Use only on last page) | **$ 248,598.79** | **$ 1,777.00** |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re JAMES MARK WALSH and KATHRYN ANN WALSH                                    ,          Case No._____

Debtor(s)                                                                                               (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_   **continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re <u>JAMES MARK WALSH and KATHRYN ANN WALSH</u> ,      Case No._____

      **Debtor(s)**                                                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> *INTERNAL REVENUE SERVICE* <br> *EN 80-0329307* <br> *Detroit MI 48201-0038* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: <br> **Creditor # : 2** <br> *INTERNAL REVENUE SERVICE* <br> *STOP 5700* <br> *30 EAST 7TH STREET, SUITE 1222* <br> *Saint Paul MN 55101* | | J | *FOR NOTICE PURPOSES ONLY INDIVIDUAL INCOME TAXES OR OTHER* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: <br> **Creditor # : 3** <br> *IOWA DEPARTMENT OF REVENUE* <br> *ACCT *8630 WITHHOLDING TAX* <br> *PO BOX 10471* <br> *Des Moines IA 50306-0471* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: <br> **Creditor # : 4** <br> *MN DEPARTMENT OF REVENUE* <br> *551 BKY SECTION* <br> *P O BOX 64447* <br> *Saint Paul MN 55164* | | J | *FOR NOTICE PURPOSES ONLY INDIVIDUAL INCOME TAXES OR OTHER* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: <br> **Creditor # : 5** <br> *MN DEPT EMPLOYMENT AND* <br> *ECONOMIC DEVELOPMENT* <br> *FIRST NATIONAL BANK BUILDING* <br> *332 MINNESOTA STREET STE E200* <br> *ST PAUL MN 55101 1351* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.* | X | X | X | *$ 75,938.04* | *$ 75,938.04* | *$ 0.00* |

Sheet No. <u>  1  </u> of <u>    2    </u> continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | *75,938.04* | *75,938.04* | *0.00* |
| **Total $** <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

**Official Form 6E (04/13) - Cont.**

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_                    ,          Case No._____
                                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 6** _MN REVENUE - MN ID 1455821_ _600 NORTH ROBERT STREET_ _Saint Paul MN 55101_ | X J | _POSSIBLE BUSINESS DEBT OF_ _ONE OR MORE OF THE_ _BUSINESSES LISTED IN SCH B._ | | X | X | X | _Unknown_ | _$ 0.00_ | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. __2__ of __2__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | | |
|---|---|---|---|
| | **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | _75,938.04_ | |
| | **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | _75,938.04_ | _0.00_ |

B6F (Official Form 6F) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,    Case No._____
               **Debtor(s)**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN 55422 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 2<br>ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI 53081 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 3<br>ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN 55418 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

_19_ continuation sheets attached

                                                    **Subtotal $**    $ 0.00

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,          Case No._____

                           **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>ALMQUIST WELDING & GAB<br>PO BOX 522<br>Watford City ND 58854 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 5<br>ALPHA CONTAINER SERVICES AND RECYCLING<br>4180 160TH STREET E<br>Rosemount MN 55068 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 6<br>ALPHA EQUIPMENT LLC<br>3109 W 50TH STREET #108<br>Minneapolis MN 55410 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 7<br>ALPHA WALL SYSTEMS INC<br>3109 W 50TH STREET<br>Minneapolis MN 55425 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 8<br>ALTA CONTRACTOR SERVICES, LLC<br>5115 EXCELSIOR BLVD #317<br>Minneapolis MN 55416 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No. _1_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,          Case No._____
                              **Debtor(s)**                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 9**<br>ALTA CONTRACTORS LLC<br>5201 VERNON AVE #168<br>Minneapolis MN 55436 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:<br>**Creditor # : 10**<br>AMY WALSH<br>12165 JANERO AVE N<br>Hugo MN 55038 | X | J | LOAN | X | X | X | $ 3,500.00 |
| Account No:<br>**Creditor # : 11**<br>APLHA STUCCO INC<br>3109 W 50TH STREET #108<br>Minneapolis MN 55410 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | Unknown |
| Account No:    *XXXXX4377*<br>**Creditor # : 12**<br>AUTO OWNERS INSURANCE<br>PO BOX 30315<br>Lansing MI 48909-7815 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | Unknown |
| Account No:<br>**Creditor # : 13**<br>BEARENCE MANAGEMENT GROUP<br>2010 CENTRE POINTE BLVD<br>Saint Paul MN 55120 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | Unknown |

Sheet No.   _2_  of   _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,500.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,          Case No. _____
                          **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **XXXXXXXXXXXXXX4-00**<br>Creditor # : 14<br>BERKLEY - MN WORK COMPENSATION ASSIGNED RISK PLAN<br>PO BOX 59143<br>Minneapolis MN 55459-0143 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **XXXXXXXXX3-21**<br>Creditor # : 15<br>BERKLEY REGIONAL SPECIALTY INSURANCE<br>PO BOX 28333<br>Scottsdale AZ 85255 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **XXXXXX4-21**<br>Creditor # : 16<br>BERKLEY REGIONAL SPECIALTY INSURANCE<br>PO BOX 28333<br>Scottsdale AZ 85255 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:<br>Creditor # : 17<br>BREHNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN 55054 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:<br>Creditor # : 18<br>BROWN & JOSEPH - GRINNELL<br>2550 WEST GOLF ROAD, SUITE 300<br>Rolling Meadows IL 60008 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No.  _3_  of  _19_  continuation sheets attached to Schedule of                                    **Subtotal $**                   $ 0.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                                          **Total $**
                                                         (Use only on last page of the completed Schedule F. Report also on Summary of
                                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,    Case No._____
                                    **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 19 CAPITAL ONE BANK (USA), N.A. PO BOX 6492 Carol Stream IL 60197-6492 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | $ 12,811.80 |
| Account No: Representing: CAPITAL ONE BANK (USA), N.A. | | | FIRSTSOURCE ADVANTAGE, LLC 205 BRYANT WOODS S Buffalo NY 14228 | | | | |
| Account No: Creditor # : 20 CARPENTERS AND JOINERS FRINGE BENEFIT FUND 3001 METRO DRIVE Minneapolis MN 55425 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: Creditor # : 21 CENTRAIRE HEATING & AIR CONDITIONING, INC. 7402 WASHINGTON AVE. Eden Prairie MN 55344 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:    2879 Creditor # : 22 CHASE VISA *2879 P O BOX 15123 WILMINGTON  DE 19850 5298 | | J | PERSONAL AND BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | $ 10,459.36 |

Sheet No.    4   of    19  continuation sheets attached to Schedule of          **Subtotal $**            $ 23,271.16
Creditors Holding Unsecured Nonpriority Claims
                                                                              **Total $**
                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,      Case No. _____

Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   1199<br><br>Creditor # : 23<br>CHASE VISA *1199<br>P O BOX 15123<br>WILMINGTON  DE 19850 5298 | | J | PERSONAL AND BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | $ 11,868.20 |
| Account No:<br><br>Creditor # : 24<br>CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN 55117 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br><br>Creditor # : 25<br>COMMERCIAL PLUMBING & HEATING<br>24428 GREENWAY AVE<br>Forest Lake MN 55025 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br><br>Creditor # : 26<br>CROWN METALS MANFACTURING COMPANY, INC.<br>765 SOUTH ROUTE 83<br>Elmhurst IL 60126-4228 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br><br>Creditor # : 27<br>DAKOTA PRINTING, INC.<br>451 E. CLIFF ROAD, SUITE 103<br>Burnsville MN 55337 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No.   5   of   19   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 11,868.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,        Case No._____
                          **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 28** **DELL BUSINESS CREDIT** **PO BOX 5275** **Carol Stream IL 60197-5275** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 29** **DENIS MITCHELL** **5501 EWING CIRCLE SOUTH** **Minneapolis MN 55410** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 30** **DENNIS COMPANIES, INC. DBA** **DENNIS ENVIRONMENTAL OPERATIONS** **551 TOPPING STREET** **Saint Paul MN 55103** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 31** **DENNIS GIANAKAIS** **5508 FRANCE AVE. S** **Minneapolis MN 55410** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 32** **DL COUCH** **499 E COUNTY RD 300 S** **PO BOX 570** **New Castle IN 47362** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No. __6__ of __19__ continuation sheets attached to Schedule of                    Subtotal $            *$ 0.00*
Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total $
                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _JAMES MARK WALSH and KATHRYN ANN WALSH_____,      Case No._____
                            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | X | J | | X | X | X | *Unknown* |
| *Creditor # : 33* *EAGLE VALLEY BANK* *14800 GALAXIE AVE W* *Saint Paul MN 55124* | | | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | | | | |
| **Account No:** | | J | | X | X | X | *$ 9,000.00* |
| *Creditor # : 34* *EDWARD AND HELEN WEIDELL* *35196 SWEDE ALLEY* *Hinckley MN 55037* | | | *PERSONAL LOAN* | | | | |
| **Account No:** | X | J | | X | X | X | *Unknown* |
| *Creditor # : 35* *FAYE ELLISON MITCHELL* *5501 EWING CIRCLE SOUTH* *Minneapolis MN 55410* | | | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | | | | |
| **Account No:** | X | J | | X | X | X | *Unknown* |
| *Creditor # : 36* *FOSS CONSTRUCTION SERVICES INC. AND JIM FOSS* *59 LOGAN PARKWAY AVE* *Minneapolis MN 55432* | | | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | | | | |
| **Account No:** | X | J | | X | X | X | *Unknown* |
| *Creditor # : 37* *GABRIEL LAW OFFICE AND RICHARD J. GABRIEL* *880 SIBLEY MEMORIAL HIGHWAY RIVERWOOD PLACE SUITE 114* *Saint Paul MN 55118-1736* | | | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | | | | |

Sheet No.  _7_  of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *$ 9,000.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,        Case No. _____

**Debtor(s)**                                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3061<br>Creditor # : 38<br>GE CAPITAL<br>P.O. BOX 6229<br>Carol Stream IL 60197-6229 | | J | SAM'S CLUB CREDIT CARD | X | X | X | $ 1,683.75 |
| Account No:<br>Creditor # : 39<br>HARRISON TILE COMPANY<br>75 WEST VIKING DRIVE SUITE 102<br>Saint Paul MN 55117 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 40<br>HEALTH EAST CARE SYSTEM<br>1700 UNIVERSITY AVE W<br>Saint Paul MN 55104 | | H | MEDICAL BILL | X | X | X | $ 100.60 |
| Account No:  XX9026<br>Creditor # : 41<br>HEALTHEAST CARE SYSTEM<br>1700 UNIVERSITY AVE W<br>Saint Paul MN 55104 | | W | 1/15/14<br>MEDICAL BILL | X | X | X | $ 456.07 |
| Account No:<br>Creditor # : 42<br>HIAWATHA REDDY RENTS, INC.<br>4411 HIAWATHA AVE. N<br>Minneapolis MN 55406 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No.  8  of  19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,240.42

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,  Case No._____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 43<br>HIGHLAND BANK<br>2100 FORD PARKWAY<br>Saint Paul MN 55117 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 44<br>HILIT, INC.<br>PO BOX 21148<br>Tulsa OK 74121-1148 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 45<br>INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>3205 COUNTY DRIVE<br>Saint Paul MN 55117 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 46<br>JEFF MCCALLUM<br>3935 49TH STREET<br>Minneapolis MN 55425 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br>Creditor # : 47<br>JENNINGS SIGMOND ATTORNEY AT LAW AND PHILLIP LOZANA<br>510 WALNUT STREET 16TH FLOOR<br>Philadelphia PA 19106-3683 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No.  9  of  19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,      Case No._____
                                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 48** LA CHAPELLE DESIGN WORKS 13409 1ST AVE SOUTH Burnsville MN 55337 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 49** LLOYDS CONSTRUCTION SERVICES, INC. 7207 W. 128TH ST. Savage MN 55378 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 50** MARKS TOWING 3670 KENNEBEC DR Saint Paul MN 55122 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 51** MCCARRONS BUILDING CENTER, INC. NE HWY 8 PO BOX 490 Forest Lake MN 55025 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 52** MCGRANN SHEA LAW FIRM AND CHRISTY E. LAWRIE 800 NICOLLET MALL #2600 Minneapolis MN 55402-7035 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No. _10_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,         Case No._____
                          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 53** MIDWEST FIRE PROTECTION, INC. 324 HARDING STREET NE Minneapolis MN 55413-2802 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:  **Creditor # : 54** MIKE REINERT DRYWALL INC 1011 NORTH SHORE DRIVE Waverly MN 55390 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:  **Creditor # : 55** MINNESOTA LIFE INSURANCE COMPANY PO BOX 790244 Saint Louis MO 63179-0244 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:  **Creditor # : 56** MUNICIPAL SERVICES BUREAU P.O. BOX 16755 Austin TX 78761-6755 |  | H | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | $ 78.30 |
| Account No:  **Creditor # : 57** MUSKA ELECTRIC CO. 1985 OAKCREST AVE. Saint Paul MN 55113 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No. _11_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                  Subtotal $           $ 78.30
                                                                  **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,      Case No._____
        **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 58 <br> MYSLAJEK, LTD <br> 100 SHERALD PARKWAY <br> SUITE 600 <br> Minneapolis MN 55426 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 59 <br> NANCY WALSH <br> 2380 7TH AVE E <br> Saint Paul MN 55109 | | J | PERSONAL LOAN | X | X | X | $ 9,000.00 |
| Account No:    XX0303 <br> Creditor # : 60 <br> NORAN NEUROLOGICAL CLINIC <br> 2828 CHICAGO AVE S #200 <br> Minneapolis MN 55407 | | W | 01/25/14 <br><br> MEDICAL BILLS | X | X | X | $ 272.95 |
| Account No: <br> Creditor # : 61 <br> PARKWAY LAWN SERVICES <br> 6038 PILLSBURY AVE. S. <br> Saint Paul MN 55123 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:    XXX4144 <br> Creditor # : 62 <br> PEOPLES BANK <br> 234 EAST FIRST AVE <br> PO BOX 592 <br> Cambridge MN 55008 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No. __12__ of ___19___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 9,272.95

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ ,                    Case No._____
                     **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 63** PETER LENZ BUILDING, LLC 9463 ORFIELD LANE Lancaster WI 53813 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: **Creditor # : 64** PIRTEK PLYMOUTH 11350 HWY 55 Minneapolis MN 55441 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: **Creditor # : 65** PITNEY BOWES PO BOX 371874 Pittsburgh PA 15250-7874 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: **Creditor # : 66** PLASTERERS & CABINETMAKERS HEALTH FUND 3001 METRO DRIVE, SUITE 500 Minneapolis MN 55425 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: **Creditor # : 67** READAPTED, LLC 8249 BUCKWHEAT RIDGE RD Lancaster WI 53813 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No. _13_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,        Case No._____

   **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 68** RICHGELS SCHAEFER AGENCY, INC. 147 W. HICKORY ST. PO BOX 549 Lancaster WI 53813 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 69** ROBERT MITCHELL 115 SPRUCE STREET Saint Paul MN 55115 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 70** RODEN IRON AND BRIAN RODEN 21619 160TH AVE Milaca MN 56353-3035 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 71** SCHREIER CABINETS, INC. 99 SO. OWASSO BLVD Saint Paul MN 55117 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 72** SECURITY STATE BANK OF KENYON 602 2ND STREET PO BOX 13 Kenyon MN 55946 | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No. __14__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,          Case No._____

    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | *Representing:* | | | | |
| *SECURITY STATE BANK OF KENYON* | | | *JEFFREY C. BRAEGELMANN 2700 SOUTH BROADWAY PO BOX 458 New Ulm MN 56073* | | | | |
| Account No:  *XXXXX.830*  *Creditor # : 73* *SFM RISK SOLUTIONS PO BOX 9403 Minneapolis MN 55440-9403* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:  *Creditor # : 74* *SIGNATURE MECHANICAL, INC. 8260 ARTHUR STREET NW Minneapolis MN 55432* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:  *Creditor # : 75* *SIGNITY 4657 14TH AVE SO Minneapolis MN 55407* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No:  *Creditor # : 76* *STATE OF MN DEPARTMENT OF MILITARY AFFAIRS 1500 HIGHWAY 115 Little Falls MN 56345* | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No.  _15_  of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,    Case No._____
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 77 <br> STERLING ELECTRIC CORPORATION <br> 8616 XYLON AVE , SUITE H <br> Minneapolis MN 55445 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 78 <br> STEVE REINECCIUS <br> 202 2ND AVE NE <br> Buffalo MN 55313 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 79 <br> SUPERIOR PAINTING & DECORATING <br> 3543 88TH AVE NE <br> Circle Pines MN 55014-4108 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 80 <br> TAMARACK MATERIALS <br> 9300 JAMES AVE S <br> Minneapolis MN 55431 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:   8013 <br> Creditor # : 81 <br> TARGET CARD SERVICES <br> PO BOX 660170 <br> Dallas TX 75266-0170 | | J | ACCT 8013 <br> PERSONAL CREDIT CARD | X | X | X | $ 6,201.13 |

Sheet No. __16__ of ___19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,201.13

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,          Case No._____
              **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 82** **THE TECH OUTFIT** **23 SE 4TH STREET** **SUITE 208** **Minneapolis MN 55414** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 83** **THE UPS STORE #1979** **3109 WEST 50TH STREET #108** **Minneapolis MN 55410-2102** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 84** **THE UPS STORE BOX 317** **5115 EXCELSIOR BLVD** **Minneapolis MN 55416** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 85** **THOMAS MITCHELL** **115 SPRUCE STREET** **Saint Paul MN 55115** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |
| Account No: **Creditor # : 86** **THOMAS REPROGRAPHICS** **PO BOX 740967** **Dallas TX 75374-0967** | X | J | *POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY.* | X | X | X | *Unknown* |

Sheet No. _17_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____,    Case No._____
          **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 87 <br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA <br> ONE TOWER SQUARE 25115 <br> Little Falls MN 56345 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B. FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 88 <br> TWIN CITY HARDWARE <br> 723 HADLEY AVE N <br> Saint Paul MN 55128 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B. FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 89 <br> UNITED GLASS <br> 6820 SHINGLE CREEK PARKWAY <br> SUITE 2 <br> Minneapolis MN 55430 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B. FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: <br> Creditor # : 90 <br> UNTED RENTALS <br> 6125 LAKEVIEW RD, SUITE 300 <br> Charlotte NC 28269 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B. FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No: 0064 <br> Creditor # : 91 <br> US BANK <br> PO BOX 790408 <br> Saint Louis MO 63179-0408 | X | J | ACCT 0064 PERSONAL AND BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B. FOR | X | X | X | $ 13,256.09 |

Sheet No. __18__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 13,256.09

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ ,          Case No. _____

**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 92<br>US BANK<br>P O BOX 790408<br>ST LOUIS    MO 63179 0408 | | J | 0064<br><br>PERSONAL CREDIT CARD | X | X | X | $ 12,088.52 |
| Account No:<br><br>Creditor # : 93<br>VALUE PLUS FLOORING, INC.<br>3109 NEIL ARMSTRONG BLVD<br>Saint Paul MN 55121 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br><br>Creditor # : 94<br>VIKING INDUSTRIAL CENTER<br>2340 MYRTLE AVE<br>Saint Paul MN 55114 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br><br>Creditor # : 95<br>WEST STAR ELECTRIC, INC.<br>603 LAKE ST E, SUITE 201<br>Wayzata MN 55391 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |
| Account No:<br><br>Creditor # : 96<br>WM EQUIPMENT INC<br>3109 W 50TH STREET #108<br>Minneapolis MN 55410 | X | J | POSSIBLE BUSINESS DEBT OF ONE OR MORE OF THE BUSINESSES LISTED IN SCH B.  FOR NOTICE PURPOSES ONLY. | X | X | X | Unknown |

Sheet No.  19  of   19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 12,088.52 |
|---|---|---|
|  | Total $ | $ 90,776.77 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor          Case No. _____

                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor        Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ALPHA EQUIPMENT, LLC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 | ALPHA WALL SYSTEMS INC<br>3109 W 50TH STREET<br>Minneapolis MN  55425<br><br>ALTA CONTRACTOR SERVICES, LLC<br>5115 EXCELSIOR BLVD #317<br>Minneapolis MN  55416<br><br>ALTA CONTRACTORS LLC<br>5201 VERNON AVE #168<br>Minneapolis MN  55436<br><br>APLHA STUCCO INC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410<br><br>AUTO OWNERS INSURANCE<br>PO BOX 30315<br>Lansing MI  48909-7815<br><br>DENIS MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410<br><br>EAGLE VALLEY BANK<br>14800 GALAXIE AVE W<br>Saint Paul MN  55124<br><br>FAYE ELLISON MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410<br><br>GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *INTERNAL REVENUE SERVICE*<br>*EN 80-0329307*<br>*Detroit MI   48201-0038* |
| *ALPHA EQUIPMENT, LLC ...continued* | *MN REVENUE - MN ID 1455821*<br>*600 NORTH ROBERT STREET*<br>*Saint Paul MN   55101* |
| | *MYSLAJEK, LTD*<br>*100 SHERALD PARKWAY*<br>*SUITE 600*<br>*Minneapolis MN   55426* |
| | *PEOPLES BANK*<br>*234 EAST FIRST AVE*<br>*PO BOX 592*<br>*Cambridge MN   55008* |
| | *SECURITY STATE BANK OF KENYON*<br>*602 2ND STREET*<br>*PO BOX 13*<br>*Kenyon MN   55946* |
| | *THE TECH OUTFIT*<br>*23 SE 4TH STREET*<br>*SUITE 208*<br>*Minneapolis MN   55414* |
| | *WM EQUIPMENT INC*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN   55410* |
| *ALPHA STUCCO, INC.*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN   55410* | *ALPHA EQUIPMENT LLC*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN   55410* |
| | *ALPHA WALL SYSTEMS INC*<br>*3109 W 50TH STREET*<br>*Minneapolis MN   55425* |
| | *ALTA CONTRACTOR SERVICES, LLC*<br>*5115 EXCELSIOR BLVD #317*<br>*Minneapolis MN   55416* |
| | *ALTA CONTRACTORS LLC*<br>*5201 VERNON AVE #168*<br>*Minneapolis MN   55436* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ALPHA STUCCO, INC. ...continued | GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736<br><br>MCGRANN SHEA LAW FIRM AND CHRISTY E. LAWRIE<br>800 NICOLLET MALL #2600<br>Minneapolis MN  55402-7035<br><br>MYSLAJEK, LTD<br>100 SHERALD PARKWAY<br>SUITE 600<br>Minneapolis MN  55426<br><br>PLASTERERS & CABINETMAKERS HEALTH FUND<br>3001 METRO DRIVE, SUITE 500<br>Minneapolis MN  55425<br><br>SECURITY STATE BANK OF KENYON<br>602 2ND STREET<br>PO BOX 13<br>Kenyon MN  55946<br><br>THE TECH OUTFIT<br>23 SE 4TH STREET<br>SUITE 208<br>Minneapolis MN  55414<br><br>WM EQUIPMENT INC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |
| ALPHA WALL SYSTEMS, INC.<br>3109 W 50TH STREET<br>Minneapolis MN  55425 | ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN  55418<br><br>ALPHA CONTAINER SERVICES AND RECYCLING<br>4180 160TH STREET E<br>Rosemount MN  55068<br><br>ALPHA EQUIPMENT LLC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _ALPHA WALL SYSTEMS, INC. ...continued_ | _ALTA CONTRACTOR SERVICES, LLC_<br>_5115 EXCELSIOR BLVD #317_<br>_Minneapolis MN  55416_<br><br>_ALTA CONTRACTORS LLC_<br>_5201 VERNON AVE #168_<br>_Minneapolis MN  55436_<br><br>_APLHA STUCCO INC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_<br><br>_BEARENCE MANAGEMENT GROUP_<br>_2010 CENTRE POINTE BLVD_<br>_Saint Paul MN  55120_<br><br>_CAPITAL ONE BANK (USA), N.A._<br>_PO BOX 6492_<br>_Carol Stream IL  60197-6492_<br><br>_CARPENTERS AND JOINERS FRINGE BENEFIT FUND_<br>_3001 METRO DRIVE_<br>_Minneapolis MN  55425_<br><br>_DENIS MITCHELL_<br>_5501 EWING CIRCLE SOUTH_<br>_Minneapolis MN  55410_<br><br>_FAYE ELLISON MITCHELL_<br>_5501 EWING CIRCLE SOUTH_<br>_Minneapolis MN  55410_<br><br>_GABRIEL LAW OFFICE AND RICHARD J. GABRIEL_<br>_880 SIBLEY MEMORIAL HIGHWAY_<br>_RIVERWOOD PLACE SUITE 114_<br>_Saint Paul MN  55118-1736_<br><br>_HIAWATHA REDDY RENTS, INC._<br>_4411 HIAWATHA AVE. N_<br>_Minneapolis MN  55406_<br><br>_HIGHLAND BANK_<br>_2100 FORD PARKWAY_<br>_Saint Paul MN  55117_ |

B6H (Official Form 6H) (12/07)

In re *JAMES MARK WALSH and KATHRYN ANN WALSH* _____ / Debtor          Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | HILIT, INC.<br>PO BOX 21148<br>Tulsa OK  74121-1148 |
| *ALPHA WALL SYSTEMS, INC. ...continued* | INTERNAL REVENUE SERVICE<br>EN 80-0329307<br>Detroit MI  48201-0038 |
| | INTERNATIONAL PAINTERS AND ALLIED TRADES<br>INDUSTRY PENSION FUND<br>3205 COUNTY DRIVE<br>Saint Paul MN  55117 |
| | IOWA DEPARTMENT OF REVENUE<br>ACCT *8630 WITHHOLDING TAX<br>PO BOX 10471<br>Des Moines IA  50306-0471 |
| | JEFF MCCALLUM<br>3935 49TH STREET<br>Minneapolis MN  55425 |
| | JENNINGS SIGMOND ATTORNEY AT LAW  AND<br>PHILLIP LOZANA<br>510 WALNUT STREET 16TH FLOOR<br>Philadelphia PA  19106-3683 |
| | MARKS TOWING<br>3670 KENNEBEC DR<br>Saint Paul MN  55122 |
| | MCCARRONS BUILDING CENTER, INC.<br>NE HWY 8<br>PO BOX 490<br>Forest Lake MN  55025 |
| | MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT<br>FIRST NATIONAL BANK BUILDING<br>332 MINNESOTA STREET STE E200<br>ST PAUL MN  55101 1351 |
| | MN REVENUE - MN ID 1455821<br>600 NORTH ROBERT STREET<br>Saint Paul MN  55101 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor        Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *ALPHA WALL SYSTEMS, INC. ...continued* | *MYSLAJEK, LTD*<br>*100 SHERALD PARKWAY*<br>*SUITE 600*<br>*Minneapolis MN  55426*<br><br>*PIRTEK PLYMOUTH*<br>*11350 HWY 55*<br>*Minneapolis MN  55441*<br><br>*PITNEY BOWES*<br>*PO BOX 371874*<br>*Pittsburgh PA  15250-7874*<br><br>*ROBERT MITCHELL*<br>*115 SPRUCE STREET*<br>*Saint Paul MN  55115*<br><br>*SECURITY STATE BANK OF KENYON*<br>*602 2ND STREET*<br>*PO BOX 13*<br>*Kenyon MN  55946*<br><br>*STATE OF MN DEPARTMENT OF MILITARY AFFAIRS*<br>*1500 HIGHWAY 115*<br>*Little Falls MN  56345*<br><br>*TAMARACK MATERIALS*<br>*9300 JAMES AVE S*<br>*Minneapolis MN  55431*<br><br>*THE TECH OUTFIT*<br>*23 SE 4TH STREET*<br>*SUITE 208*<br>*Minneapolis MN  55414*<br><br>*THE UPS STORE #1979*<br>*3109 WEST 50TH STREET #108*<br>*Minneapolis MN  55410-2102*<br><br>*THOMAS MITCHELL*<br>*115 SPRUCE STREET*<br>*Saint Paul MN  55115*<br><br>*TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA*<br>*ONE TOWER SQUARE 25115*<br>*Little Falls MN  56345* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ALPHA WALL SYSTEMS, INC. ...continued | TWIN CITY HARDWARE<br>723 HADLEY AVE N<br>Saint Paul MN  55128<br><br>UNTED RENTALS<br>6125 LAKEVIEW RD, SUITE 300<br>Charlotte NC  28269<br><br>US BANK<br>PO BOX 790408<br>Saint Louis MO  63179-0408<br><br>WM EQUIPMENT INC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |
| ALTA CONTRACTOR SERVICES<br>5201 VERNON AVE #168<br>Minneapolis MN  55436 | ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN  55422<br><br>ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI  53081<br><br>ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN  55418<br><br>ALMQUIST WELDING & GAB<br>PO BOX 522<br>Watford City ND  58854<br><br>BREHNNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN  55054<br><br>CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN  55117<br><br>CROWN METALS MANFACTURING COMPANY, INC.<br>765 SOUTH ROUTE 83<br>Elmhurst IL  60126-4228 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

                                                                                            (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *ALTA CONTRACTOR SERVICES...continued* | *DAKOTA PRINTING, INC.*<br>*451 E. CLIFF ROAD, SUITE 103*<br>*Burnsville MN  55337*<br><br>*DL COUCH*<br>*499 E COUNTY RD 300 S*<br>*PO BOX 570*<br>*New Castle IN  47362*<br><br>*FOSS CONSTRUCTION SERVICES INC.  AND JIM FOSS*<br>*59 LOGAN PARKWAY AVE*<br>*Minneapolis MN  55432*<br><br>*GABRIEL LAW OFFICE AND RICHARD J. GABRIEL*<br>*880 SIBLEY MEMORIAL HIGHWAY*<br>*RIVERWOOD PLACE SUITE 114*<br>*Saint Paul MN  55118-1736*<br><br>*INTERNAL REVENUE SERVICE*<br>*EN 80-0329307*<br>*Detroit MI  48201-0038*<br><br>*LA CHAPELLE DESIGN WORKS*<br>*13409 1ST AVE SOUTH*<br>*Burnsville MN  55337*<br><br>*LLOYDS CONSTRUCTION SERVICES, INC.*<br>*7207 W. 128TH ST.*<br>*Savage MN  55378*<br><br>*MIDWEST FIRE PROTECTION, INC.*<br>*324 HARDING STREET NE*<br>*Minneapolis MN  55413-2802*<br><br>*MIKE REINERT DRYWALL INC*<br>*1011 NORTH SHORE DRIVE*<br>*Waverly MN  55390*<br><br>*MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT*<br>*FIRST NATIONAL BANK BUILDING*<br>*332 MINNESOTA STREET STE E200*<br>*ST PAUL MN  55101 1351*<br><br>*MN REVENUE - MN ID 1455821*<br>*600 NORTH ROBERT STREET*<br>*Saint Paul MN  55101* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor        Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|------------------------------|------------------------------|
| _ALTA CONTRACTOR SERVICES...continued_ | _MUSKA ELECTRIC CO._<br>_1985 OAKCREST AVE._<br>_Saint Paul MN  55113_<br><br>_MYSLAJEK, LTD_<br>_100 SHERALD PARKWAY_<br>_SUITE 600_<br>_Minneapolis MN  55426_<br><br>_PEOPLES BANK_<br>_234 EAST FIRST AVE_<br>_PO BOX 592_<br>_Cambridge MN  55008_<br><br>_SCHREIER CABINETS, INC._<br>_99 SO. OWASSO BLVD_<br>_Saint Paul MN  55117_<br><br>_SFM RISK SOLUTIONS_<br>_PO BOX 9403_<br>_Minneapolis MN  55440-9403_<br><br>_SIGNATURE MECHANICAL, INC._<br>_8260 ARTHUR STREET NW_<br>_Minneapolis MN  55432_<br><br>_SIGNITY_<br>_4657 14TH AVE SO_<br>_Minneapolis MN  55407_<br><br>_STEVE REINECCIUS_<br>_202 2ND AVE NE_<br>_Buffalo MN  55313_<br><br>_SUPERIOR PAINTING & DECORATING_<br>_3543 88TH AVE NE_<br>_Circle Pines MN  55014-4108_<br><br>_THE UPS STORE BOX 317_<br>_5115 EXCELSIOR BLVD_<br>_Minneapolis MN  55416_<br><br>_THOMAS REPROGRAPHICS_<br>_PO BOX 740967_<br>_Dallas TX  75374-0967_ |

B6H (Official Form 6H) (12/07)

In re *JAMES MARK WALSH and KATHRYN ANN WALSH* _____ / Debtor     Case No. _____
(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *ALTA CONTRACTOR SERVICES...continued* | *UNITED GLASS*<br>*6820 SHINGLE CREEK PARKWAY*<br>*SUITE 2*<br>*Minneapolis MN  55430*<br><br>*VALUE PLUS FLOORING, INC.*<br>*3109 NEIL ARMSTRONG BLVD*<br>*Saint Paul MN  55121* |
| *ALTA CONTRACTORS, LLC*<br>*5201 VERNON AVE #168*<br>*Minneapolis MN  55436* | *ACOUSTICS ASSOCIATES, INC.*<br>*1250 ZANE AVE. NORTH*<br>*Minneapolis MN  55422*<br><br>*ACUITY - X43303-3*<br>*2800 SOUTH TAYLOR DRIVE*<br>*Sheboygan WI  53081*<br><br>*ALL FURNITURE INC.*<br>*63 ST ANTHONY PKWY*<br>*Minneapolis MN  55418*<br><br>*ALPHA EQUIPMENT LLC*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN  55410*<br><br>*ALPHA WALL SYSTEMS INC*<br>*3109 W 50TH STREET*<br>*Minneapolis MN  55425*<br><br>*ALTA CONTRACTOR SERVICES, LLC*<br>*5115 EXCELSIOR BLVD #317*<br>*Minneapolis MN  55416*<br><br>*APLHA STUCCO INC*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN  55410*<br><br>*AUTO OWNERS INSURANCE*<br>*PO BOX 30315*<br>*Lansing MI  48909-7815*<br><br>*BERKLEY - MN WORK COMPENSATION ASSIGNED RISK PLAN*<br>*PO BOX 59143*<br>*Minneapolis MN  55459-0143* |

B6H (Official Form 6H) (12/07)

In re <u>JAMES MARK WALSH and KATHRYN ANN WALSH</u> / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *ALTA CONTRACTORS, LLC...continued* | *BERKLEY REGIONAL SPECIALTY INSURANCE*<br>*PO BOX 28333*<br>*Scottsdale AZ  85255*<br><br>*BERKLEY REGIONAL SPECIALTY INSURANCE*<br>*PO BOX 28333*<br>*Scottsdale AZ  85255*<br><br>*BREHNNHOFFER DRYWALL, INC.*<br>*35090 EVERGREEN AVE.*<br>*Elko New Market MN  55054*<br><br>*CENTRAIRE HEATING & AIR CONDITIONING, INC.*<br>*7402 WASHINGTON AVE.*<br>*Eden Prairie MN  55344*<br><br>*CLEAN CONSTRUCTION & BUILDING SERVICES*<br>*350 COUNTY RD. D EAST*<br>*Saint Paul MN  55117*<br><br>*COMMERCIAL PLUMBING & HEATING*<br>*24428 GREENWAY AVE*<br>*Forest Lake MN  55025*<br><br>*DAKOTA PRINTING, INC.*<br>*451 E. CLIFF ROAD, SUITE 103*<br>*Burnsville MN  55337*<br><br>*DENIS MITCHELL*<br>*5501 EWING CIRCLE SOUTH*<br>*Minneapolis MN  55410*<br><br>*DENNIS COMPANIES, INC. DBA DENNIS*<br>*ENVIRONMENTAL OPERATIONS*<br>*551 TOPPING STREET*<br>*Saint Paul MN  55103*<br><br>*DENNIS GIANAKAIS*<br>*5508 FRANCE AVE. S*<br>*Minneapolis MN  55410*<br><br>*FAYE ELLISON MITCHELL*<br>*5501 EWING CIRCLE SOUTH*<br>*Minneapolis MN  55410* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor          Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *FOSS CONSTRUCTION SERVICES INC.  AND JIM FOSS*<br>*59 LOGAN PARKWAY AVE*<br>*Minneapolis MN  55432* |
| *ALTA CONTRACTORS, LLC...continued* | *GABRIEL LAW OFFICE AND RICHARD J. GABRIEL*<br>*880 SIBLEY MEMORIAL HIGHWAY*<br>*RIVERWOOD PLACE SUITE 114*<br>*Saint Paul MN  55118-1736* |
| | *HARRISON TILE COMPANY*<br>*75 WEST VIKING DRIVE SUITE 102*<br>*Saint Paul MN  55117* |
| | *HIGHLAND BANK*<br>*2100 FORD PARKWAY*<br>*Saint Paul MN  55117* |
| | *INTERNAL REVENUE SERVICE*<br>*EN 80-0329307*<br>*Detroit MI  48201-0038* |
| | *JEFF MCCALLUM*<br>*3935 49TH STREET*<br>*Minneapolis MN  55425* |
| | *LLOYDS CONSTRUCTION SERVICES, INC.*<br>*7207 W. 128TH ST.*<br>*Savage MN  55378* |
| | *MCCARRONS BUILDING CENTER, INC.*<br>*NE HWY 8*<br>*PO BOX 490*<br>*Forest Lake MN  55025* |
| | *MIDWEST FIRE PROTECTION, INC.*<br>*324 HARDING STREET NE*<br>*Minneapolis MN  55413-2802* |
| | *MIKE REINERT DRYWALL INC*<br>*1011 NORTH SHORE DRIVE*<br>*Waverly MN  55390* |
| | *MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT*<br>*FIRST NATIONAL BANK BUILDING*<br>*332 MINNESOTA STREET STE E200*<br>*ST PAUL MN  55101 1351* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor          Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _ALTA CONTRACTORS, LLC...continued_ | _MN REVENUE - MN ID 1455821_<br>_600 NORTH ROBERT STREET_<br>_Saint Paul MN  55101_<br><br>_MUSKA ELECTRIC CO._<br>_1985 OAKCREST AVE._<br>_Saint Paul MN  55113_<br><br>_MYSLAJEK, LTD_<br>_100 SHERALD PARKWAY_<br>_SUITE 600_<br>_Minneapolis MN  55426_<br><br>_PARKWAY LAWN SERVICES_<br>_6038 PILLSBURY AVE. S._<br>_Saint Paul MN  55123_<br><br>_ROBERT MITCHELL_<br>_115 SPRUCE STREET_<br>_Saint Paul MN  55115_<br><br>_RODEN IRON AND BRIAN RODEN_<br>_21619 160TH AVE_<br>_Milaca MN  56353-3035_<br><br>_SCHREIER CABINETS, INC._<br>_99 SO. OWASSO BLVD_<br>_Saint Paul MN  55117_<br><br>_SECURITY STATE BANK OF KENYON_<br>_602 2ND STREET_<br>_PO BOX 13_<br>_Kenyon MN  55946_<br><br>_SFM RISK SOLUTIONS_<br>_PO BOX 9403_<br>_Minneapolis MN  55440-9403_<br><br>_SIGNATURE MECHANICAL, INC._<br>_8260 ARTHUR STREET NW_<br>_Minneapolis MN  55432_<br><br>_SIGNITY_<br>_4657 14TH AVE SO_<br>_Minneapolis MN  55407_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor    Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ALTA CONTRACTORS, LLC...continued | STERLING ELECTRIC CORPORATION<br>8616 XYLON AVE , SUITE H<br>Minneapolis MN  55445<br><br>STEVE REINECCIUS<br>202 2ND AVE NE<br>Buffalo MN  55313<br><br>SUPERIOR PAINTING & DECORATING<br>3543 88TH AVE NE<br>Circle Pines MN  55014-4108<br><br>THOMAS MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115<br><br>THOMAS REPROGRAPHICS<br>PO BOX 740967<br>Dallas TX  75374-0967<br><br>UNITED GLASS<br>6820 SHINGLE CREEK PARKWAY<br>SUITE 2<br>Minneapolis MN  55430<br><br>VALUE PLUS FLOORING, INC.<br>3109 NEIL ARMSTRONG BLVD<br>Saint Paul MN  55121<br><br>VIKING INDUSTRIAL CENTER<br>2340 MYRTLE AVE<br>Saint Paul MN  55114<br><br>WEST STAR ELECTRIC, INC.<br>603 LAKE ST E, SUITE 201<br>Wayzata MN  55391<br><br>WM EQUIPMENT INC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |
| CHARLIE MITCHELL<br>3243 13TH AVE<br>Anoka MN  55303 | ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN  55422 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI  53081 |
| CHARLIE MITCHELL...continued | ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN  55418 |
| | ALMQUIST WELDING & GAB<br>PO BOX 522<br>Watford City ND  58854 |
| | BREHNNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN  55054 |
| | CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN  55117 |
| | CROWN METALS MANFACTURING COMPANY, INC.<br>765 SOUTH ROUTE 83<br>Elmhurst IL  60126-4228 |
| | DAKOTA PRINTING, INC.<br>451 E. CLIFF ROAD, SUITE 103<br>Burnsville MN  55337 |
| | DL COUCH<br>499 E COUNTY RD 300 S<br>PO BOX 570<br>New Castle IN  47362 |
| | FOSS CONSTRUCTION SERVICES INC.  AND JIM FOSS<br>59 LOGAN PARKWAY AVE<br>Minneapolis MN  55432 |
| | GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736 |
| | HARRISON TILE COMPANY<br>75 WEST VIKING DRIVE SUITE 102<br>Saint Paul MN  55117 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| CHARLIE MITCHELL...continued | INTERNAL REVENUE SERVICE<br>EN 80-0329307<br>Detroit MI   48201-0038<br><br>LA CHAPELLE DESIGN WORKS<br>13409 1ST AVE SOUTH<br>Burnsville MN   55337<br><br>LLOYDS CONSTRUCTION SERVICES, INC.<br>7207 W. 128TH ST.<br>Savage MN   55378<br><br>MIDWEST FIRE PROTECTION, INC.<br>324 HARDING STREET NE<br>Minneapolis MN   55413-2802<br><br>MIKE REINERT DRYWALL INC<br>1011 NORTH SHORE DRIVE<br>Waverly MN   55390<br><br>MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT<br>FIRST NATIONAL BANK BUILDING<br>332 MINNESOTA STREET STE E200<br>ST PAUL MN   55101 1351<br><br>MN REVENUE - MN ID 1455821<br>600 NORTH ROBERT STREET<br>Saint Paul MN   55101<br><br>MUSKA ELECTRIC CO.<br>1985 OAKCREST AVE.<br>Saint Paul MN   55113<br><br>MYSLAJEK, LTD<br>100 SHERALD PARKWAY<br>SUITE 600<br>Minneapolis MN   55426<br><br>PEOPLES BANK<br>234 EAST FIRST AVE<br>PO BOX 592<br>Cambridge MN   55008<br><br>SCHREIER CABINETS, INC.<br>99 SO. OWASSO BLVD<br>Saint Paul MN   55117 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor    Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| CHARLIE MITCHELL...continued | SFM RISK SOLUTIONS<br>PO BOX 9403<br>Minneapolis MN  55440-9403<br><br>SIGNATURE MECHANICAL, INC.<br>8260 ARTHUR STREET NW<br>Minneapolis MN  55432<br><br>SIGNITY<br>4657 14TH AVE SO<br>Minneapolis MN  55407<br><br>STEVE REINECCIUS<br>202 2ND AVE NE<br>Buffalo MN  55313<br><br>SUPERIOR PAINTING & DECORATING<br>3543 88TH AVE NE<br>Circle Pines MN  55014-4108<br><br>THE UPS STORE BOX 317<br>5115 EXCELSIOR BLVD<br>Minneapolis MN  55416<br><br>THOMAS REPROGRAPHICS<br>PO BOX 740967<br>Dallas TX  75374-0967<br><br>UNITED GLASS<br>6820 SHINGLE CREEK PARKWAY<br>SUITE 2<br>Minneapolis MN  55430<br><br>VALUE PLUS FLOORING, INC.<br>3109 NEIL ARMSTRONG BLVD<br>Saint Paul MN  55121 |
| DENIS MITCHELL<br>5501 EWING CIRCLE S<br>Minneapolis MN  55410 | ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN  55422<br><br>ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI  53081 |

B6H (Official Form 6H) (12/07)

In re *JAMES MARK WALSH and KATHRYN ANN WALSH* _____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *DENIS MITCHELL...continued* | ALL FURNITURE INC. 63 ST ANTHONY PKWY Minneapolis MN  55418 <br><br> ALPHA CONTAINER SERVICES AND RECYCLING 4180 160TH STREET E Rosemount MN  55068 <br><br> ALPHA EQUIPMENT LLC 3109 W 50TH STREET #108 Minneapolis MN  55410 <br><br> ALPHA WALL SYSTEMS INC 3109 W 50TH STREET Minneapolis MN  55425 <br><br> ALTA CONTRACTOR SERVICES, LLC 5115 EXCELSIOR BLVD #317 Minneapolis MN  55416 <br><br> ALTA CONTRACTORS LLC 5201 VERNON AVE #168 Minneapolis MN  55436 <br><br> AMY WALSH 12165 JANERO AVE N Hugo MN  55038 <br><br> APLHA STUCCO INC 3109 W 50TH STREET #108 Minneapolis MN  55410 <br><br> AUTO OWNERS INSURANCE PO BOX 30315 Lansing MI  48909-7815 <br><br> BEARENCE MANAGEMENT GROUP 2010 CENTRE POINTE BLVD Saint Paul MN  55120 <br><br> BERKLEY - MN WORK COMPENSATION ASSIGNED RISK PLAN PO BOX 59143 Minneapolis MN  55459-0143 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor        Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | BERKLEY REGIONAL SPECIALTY INSURANCE<br>PO BOX 28333<br>Scottsdale AZ  85255 |
| DENIS MITCHELL...continued | BERKLEY REGIONAL SPECIALTY INSURANCE<br>PO BOX 28333<br>Scottsdale AZ  85255 |
| | BREHNNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN  55054 |
| | BROWN & JOSEPH - GRINNELL<br>2550 WEST GOLF ROAD, SUITE 300<br>Rolling Meadows IL  60008 |
| | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 6492<br>Carol Stream IL  60197-6492 |
| | CARPENTERS AND JOINERS FRINGE BENEFIT FUND<br>3001 METRO DRIVE<br>Minneapolis MN  55425 |
| | CENTRAIRE HEATING & AIR CONDITIONING, INC.<br>7402 WASHINGTON AVE.<br>Eden Prairie MN  55344 |
| | CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN  55117 |
| | COMMERCIAL PLUMBING & HEATING<br>24428 GREENWAY AVE<br>Forest Lake MN  55025 |
| | DAKOTA PRINTING, INC.<br>451 E. CLIFF ROAD, SUITE 103<br>Burnsville MN  55337 |
| | DELL BUSINESS CREDIT<br>PO BOX 5275<br>Carol Stream IL  60197-5275 |
| | DENIS MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *DENIS MITCHELL...continued* | *DENNIS COMPANIES, INC. DBA DENNIS ENVIRONMENTAL OPERATIONS*<br>*551 TOPPING STREET*<br>*Saint Paul MN  55103*<br><br>*DENNIS GIANAKAIS*<br>*5508 FRANCE AVE. S*<br>*Minneapolis MN  55410*<br><br>*EAGLE VALLEY BANK*<br>*14800 GALAXIE AVE W*<br>*Saint Paul MN  55124*<br><br>*FAYE ELLISON MITCHELL*<br>*5501 EWING CIRCLE SOUTH*<br>*Minneapolis MN  55410*<br><br>*FOSS CONSTRUCTION SERVICES INC.  AND JIM FOSS*<br>*59 LOGAN PARKWAY AVE*<br>*Minneapolis MN  55432*<br><br>*GABRIEL LAW OFFICE AND RICHARD J. GABRIEL*<br>*880 SIBLEY MEMORIAL HIGHWAY*<br>*RIVERWOOD PLACE SUITE 114*<br>*Saint Paul MN  55118-1736*<br><br>*HIAWATHA REDDY RENTS, INC.*<br>*4411 HIAWATHA AVE. N*<br>*Minneapolis MN  55406*<br><br>*HIGHLAND BANK*<br>*2100 FORD PARKWAY*<br>*Saint Paul MN  55117*<br><br>*HILIT, INC.*<br>*PO BOX 21148*<br>*Tulsa OK  74121-1148*<br><br>*INTERNAL REVENUE SERVICE*<br>*EN 80-0329307*<br>*Detroit MI  48201-0038* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor          Case No. _____

                                                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *DENIS MITCHELL...continued* | *INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND 3205 COUNTY DRIVE Saint Paul MN  55117*<br><br>*IOWA DEPARTMENT OF REVENUE ACCT *8630 WITHHOLDING TAX PO BOX 10471 Des Moines IA  50306-0471*<br><br>*JEFF MCCALLUM 3935 49TH STREET Minneapolis MN  55425*<br><br>*JENNINGS SIGMOND ATTORNEY AT LAW  AND PHILLIP LOZANA 510 WALNUT STREET 16TH FLOOR Philadelphia PA  19106-3683*<br><br>*LLOYDS CONSTRUCTION SERVICES, INC. 7207 W. 128TH ST. Savage MN  55378*<br><br>*MARKS TOWING 3670 KENNEBEC DR Saint Paul MN  55122*<br><br>*MCCARRONS BUILDING CENTER, INC. NE HWY 8 PO BOX 490 Forest Lake MN  55025*<br><br>*MCGRANN SHEA LAW FIRM AND CHRISTY E. LAWRIE 800 NICOLLET MALL #2600 Minneapolis MN  55402-7035*<br><br>*MIDWEST FIRE PROTECTION, INC. 324 HARDING STREET NE Minneapolis MN  55413-2802*<br><br>*MIKE REINERT DRYWALL INC 1011 NORTH SHORE DRIVE Waverly MN  55390*<br><br>*MINNESOTA LIFE INSURANCE COMPANY PO BOX 790244 Saint Louis MO  63179-0244* |

B6H (Official Form 6H) (12/07)

In re *JAMES MARK WALSH and KATHRYN ANN WALSH* _____ / Debtor          Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *DENIS MITCHELL...continued* | *MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT*<br>*FIRST NATIONAL BANK BUILDING*<br>*332 MINNESOTA STREET STE E200*<br>*ST PAUL MN  55101 1351*<br><br>*MN REVENUE - MN ID 1455821*<br>*600 NORTH ROBERT STREET*<br>*Saint Paul MN  55101*<br><br>*MUSKA ELECTRIC CO.*<br>*1985 OAKCREST AVE.*<br>*Saint Paul MN  55113*<br><br>*MYSLAJEK, LTD*<br>*100 SHERALD PARKWAY*<br>*SUITE 600*<br>*Minneapolis MN  55426*<br><br>*PARKWAY LAWN SERVICES*<br>*6038 PILLSBURY AVE. S.*<br>*Saint Paul MN  55123*<br><br>*PEOPLES BANK*<br>*234 EAST FIRST AVE*<br>*PO BOX 592*<br>*Cambridge MN  55008*<br><br>*PETER LENZ BUILDING, LLC*<br>*9463 ORFIELD LANE*<br>*Lancaster WI  53813*<br><br>*PIRTEK PLYMOUTH*<br>*11350 HWY 55*<br>*Minneapolis MN  55441*<br><br>*PITNEY BOWES*<br>*PO BOX 371874*<br>*Pittsburgh PA  15250-7874*<br><br>*PLASTERERS & CABINETMAKERS HEALTH FUND*<br>*3001 METRO DRIVE, SUITE 500*<br>*Minneapolis MN  55425*<br><br>*READAPTED, LLC*<br>*8249 BUCKWHEAT RIDGE RD*<br>*Lancaster WI  53813* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| DENIS MITCHELL...continued | RICHGELS SCHAEFER AGENCY, INC.<br>147 W. HICKORY ST.<br>PO BOX 549<br>Lancaster WI  53813<br><br>ROBERT MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115<br><br>RODEN IRON AND BRIAN RODEN<br>21619 160TH AVE<br>Milaca MN  56353-3035<br><br>SCHREIER CABINETS, INC.<br>99 SO. OWASSO BLVD<br>Saint Paul MN  55117<br><br>SECURITY STATE BANK OF KENYON<br>602 2ND STREET<br>PO BOX 13<br>Kenyon MN  55946<br><br>SFM RISK SOLUTIONS<br>PO BOX 9403<br>Minneapolis MN  55440-9403<br><br>SIGNATURE MECHANICAL, INC.<br>8260 ARTHUR STREET NW<br>Minneapolis MN  55432<br><br>SIGNITY<br>4657 14TH AVE SO<br>Minneapolis MN  55407<br><br>STATE OF MN DEPARTMENT OF MILITARY AFFAIRS<br>1500 HIGHWAY 115<br>Little Falls MN  56345<br><br>STERLING ELECTRIC CORPORATION<br>8616 XYLON AVE , SUITE H<br>Minneapolis MN  55445<br><br>STEVE REINECCIUS<br>202 2ND AVE NE<br>Buffalo MN  55313 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *DENIS MITCHELL...continued* | *SUPERIOR PAINTING & DECORATING*<br>*3543 88TH AVE NE*<br>*Circle Pines MN  55014-4108*<br><br>*TAMARACK MATERIALS*<br>*9300 JAMES AVE S*<br>*Minneapolis MN  55431*<br><br>*THE TECH OUTFIT*<br>*23 SE 4TH STREET*<br>*SUITE 208*<br>*Minneapolis MN  55414*<br><br>*THE UPS STORE #1979*<br>*3109 WEST 50TH STREET #108*<br>*Minneapolis MN  55410-2102*<br><br>*THOMAS MITCHELL*<br>*115 SPRUCE STREET*<br>*Saint Paul MN  55115*<br><br>*THOMAS REPROGRAPHICS*<br>*PO BOX 740967*<br>*Dallas TX  75374-0967*<br><br>*TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA*<br>*ONE TOWER SQUARE 25115*<br>*Little Falls MN  56345*<br><br>*TWIN CITY HARDWARE*<br>*723 HADLEY AVE N*<br>*Saint Paul MN  55128*<br><br>*UNITED GLASS*<br>*6820 SHINGLE CREEK PARKWAY*<br>*SUITE 2*<br>*Minneapolis MN  55430*<br><br>*UNTED RENTALS*<br>*6125 LAKEVIEW RD, SUITE 300*<br>*Charlotte NC  28269*<br><br>*US BANK*<br>*PO BOX 790408*<br>*Saint Louis MO  63179-0408* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

                                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _DENIS MITCHELL...continued_ | _VALUE PLUS FLOORING, INC._<br>_3109 NEIL ARMSTRONG BLVD_<br>_Saint Paul MN  55121_ |
| | _VIKING INDUSTRIAL CENTER_<br>_2340 MYRTLE AVE_<br>_Saint Paul MN  55114_ |
| | _WEST STAR ELECTRIC, INC._<br>_603 LAKE ST E, SUITE 201_<br>_Wayzata MN  55391_ |
| | _WM EQUIPMENT INC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_ |
| _FAYE ELLISON MITCHELL_<br>_5501 EWING CIRCLE S_<br>_Minneapolis MN  55401_ | _ALPHA WALL SYSTEMS INC_<br>_3109 W 50TH STREET_<br>_Minneapolis MN  55425_ |
| | _ALTA CONTRACTOR SERVICES, LLC_<br>_5115 EXCELSIOR BLVD #317_<br>_Minneapolis MN  55416_ |
| | _ALTA CONTRACTORS LLC_<br>_5201 VERNON AVE #168_<br>_Minneapolis MN  55436_ |
| | _APLHA STUCCO INC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_ |
| | _AUTO OWNERS INSURANCE_<br>_PO BOX 30315_<br>_Lansing MI  48909-7815_ |
| | _DENIS MITCHELL_<br>_5501 EWING CIRCLE SOUTH_<br>_Minneapolis MN  55410_ |
| | _EAGLE VALLEY BANK_<br>_14800 GALAXIE AVE W_<br>_Saint Paul MN  55124_ |
| | _FAYE ELLISON MITCHELL_<br>_5501 EWING CIRCLE SOUTH_<br>_Minneapolis MN  55410_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| FAYE ELLISON MITCHELL ...continued | GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736<br><br>INTERNAL REVENUE SERVICE<br>EN 80-0329307<br>Detroit MI  48201-0038<br><br>MN REVENUE - MN ID 1455821<br>600 NORTH ROBERT STREET<br>Saint Paul MN  55101<br><br>MYSLAJEK, LTD<br>100 SHERALD PARKWAY<br>SUITE 600<br>Minneapolis MN  55426<br><br>PEOPLES BANK<br>234 EAST FIRST AVE<br>PO BOX 592<br>Cambridge MN  55008<br><br>SECURITY STATE BANK OF KENYON<br>602 2ND STREET<br>PO BOX 13<br>Kenyon MN  55946<br><br>THE TECH OUTFIT<br>23 SE 4TH STREET<br>SUITE 208<br>Minneapolis MN  55414<br><br>WM EQUIPMENT INC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |
| HOWARD BOOKS<br>17427 GETTYSBURG WAY<br>Lakeville MN  55044 | ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN  55422<br><br>ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI  53081 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor       Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN  55418 |
| HOWARD BOOKS...continued | ALPHA CONTAINER SERVICES AND RECYCLING<br>4180 160TH STREET E<br>Rosemount MN  55068 |
| | ALPHA EQUIPMENT LLC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |
| | ALPHA WALL SYSTEMS INC<br>3109 W 50TH STREET<br>Minneapolis MN  55425 |
| | ALTA CONTRACTOR SERVICES, LLC<br>5115 EXCELSIOR BLVD #317<br>Minneapolis MN  55416 |
| | ALTA CONTRACTORS LLC<br>5201 VERNON AVE #168<br>Minneapolis MN  55436 |
| | APLHA STUCCO INC<br>3109 W 50TH STREET #108<br>Minneapolis MN  55410 |
| | AUTO OWNERS INSURANCE<br>PO BOX 30315<br>Lansing MI  48909-7815 |
| | BEARENCE MANAGEMENT GROUP<br>2010 CENTRE POINTE BLVD<br>Saint Paul MN  55120 |
| | BERKLEY - MN WORK COMPENSATION ASSIGNED RISK PLAN<br>PO BOX 59143<br>Minneapolis MN  55459-0143 |
| | BERKLEY REGIONAL SPECIALTY INSURANCE<br>PO BOX 28333<br>Scottsdale AZ  85255 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor     Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | BERKLEY REGIONAL SPECIALTY INSURANCE<br>PO BOX 28333<br>Scottsdale AZ  85255 |
| HOWARD BOOKS...continued | BREHNNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN  55054 |
| | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 6492<br>Carol Stream IL  60197-6492 |
| | CARPENTERS AND JOINERS FRINGE BENEFIT FUND<br>3001 METRO DRIVE<br>Minneapolis MN  55425 |
| | CENTRAIRE HEATING & AIR CONDITIONING, INC.<br>7402 WASHINGTON AVE.<br>Eden Prairie MN  55344 |
| | CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN  55117 |
| | COMMERCIAL PLUMBING & HEATING<br>24428 GREENWAY AVE<br>Forest Lake MN  55025 |
| | DAKOTA PRINTING, INC.<br>451 E. CLIFF ROAD, SUITE 103<br>Burnsville MN  55337 |
| | DENIS MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410 |
| | DENNIS COMPANIES, INC. DBA DENNIS<br>ENVIRONMENTAL OPERATIONS<br>551 TOPPING STREET<br>Saint Paul MN  55103 |
| | DENNIS GIANAKAIS<br>5508 FRANCE AVE. S<br>Minneapolis MN  55410 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor        Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | FAYE ELLISON MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410 |
| HOWARD BOOKS...continued | FOSS CONSTRUCTION SERVICES INC.  AND JIM FOSS<br>59 LOGAN PARKWAY AVE<br>Minneapolis MN  55432 |
| | GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736 |
| | HIAWATHA REDDY RENTS, INC.<br>4411 HIAWATHA AVE. N<br>Minneapolis MN  55406 |
| | HIGHLAND BANK<br>2100 FORD PARKWAY<br>Saint Paul MN  55117 |
| | HILIT, INC.<br>PO BOX 21148<br>Tulsa OK  74121-1148 |
| | INTERNAL REVENUE SERVICE<br>EN 80-0329307<br>Detroit MI  48201-0038 |
| | INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>3205 COUNTY DRIVE<br>Saint Paul MN  55117 |
| | IOWA DEPARTMENT OF REVENUE<br>ACCT *8630 WITHHOLDING TAX<br>PO BOX 10471<br>Des Moines IA  50306-0471 |
| | JEFF MCCALLUM<br>3935 49TH STREET<br>Minneapolis MN  55425 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  | JENNINGS SIGMOND ATTORNEY AT LAW  AND PHILLIP LOZANA<br>510 WALNUT STREET 16TH FLOOR<br>Philadelphia PA  19106-3683 |
| HOWARD BOOKS...continued | LLOYDS CONSTRUCTION SERVICES, INC.<br>7207 W. 128TH ST.<br>Savage MN  55378 |
|  | MARKS TOWING<br>3670 KENNEBEC DR<br>Saint Paul MN  55122 |
|  | MCCARRONS BUILDING CENTER, INC.<br>NE HWY 8<br>PO BOX 490<br>Forest Lake MN  55025 |
|  | MIDWEST FIRE PROTECTION, INC.<br>324 HARDING STREET NE<br>Minneapolis MN  55413-2802 |
|  | MIKE REINERT DRYWALL INC<br>1011 NORTH SHORE DRIVE<br>Waverly MN  55390 |
|  | MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT<br>FIRST NATIONAL BANK BUILDING<br>332 MINNESOTA STREET STE E200<br>ST PAUL MN  55101 1351 |
|  | MN REVENUE - MN ID 1455821<br>600 NORTH ROBERT STREET<br>Saint Paul MN  55101 |
|  | MUSKA ELECTRIC CO.<br>1985 OAKCREST AVE.<br>Saint Paul MN  55113 |
|  | MYSLAJEK, LTD<br>100 SHERALD PARKWAY<br>SUITE 600<br>Minneapolis MN  55426 |
|  | PARKWAY LAWN SERVICES<br>6038 PILLSBURY AVE. S.<br>Saint Paul MN  55123 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| HOWARD BOOKS...continued | PIRTEK PLYMOUTH<br>11350 HWY 55<br>Minneapolis MN  55441<br><br>PITNEY BOWES<br>PO BOX 371874<br>Pittsburgh PA  15250-7874<br><br>ROBERT MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115<br><br>RODEN IRON AND BRIAN RODEN<br>21619 160TH AVE<br>Milaca MN  56353-3035<br><br>SCHREIER CABINETS, INC.<br>99 SO. OWASSO BLVD<br>Saint Paul MN  55117<br><br>SECURITY STATE BANK OF KENYON<br>602 2ND STREET<br>PO BOX 13<br>Kenyon MN  55946<br><br>SFM RISK SOLUTIONS<br>PO BOX 9403<br>Minneapolis MN  55440-9403<br><br>SIGNATURE MECHANICAL, INC.<br>8260 ARTHUR STREET NW<br>Minneapolis MN  55432<br><br>SIGNITY<br>4657 14TH AVE SO<br>Minneapolis MN  55407<br><br>STATE OF MN DEPARTMENT OF MILITARY AFFAIRS<br>1500 HIGHWAY 115<br>Little Falls MN  56345<br><br>STERLING ELECTRIC CORPORATION<br>8616 XYLON AVE , SUITE H<br>Minneapolis MN  55445 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor    Case No. _____

                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _HOWARD BOOKS...continued_ | _STEVE REINECCIUS_<br>_202 2ND AVE NE_<br>_Buffalo MN  55313_<br><br>_SUPERIOR PAINTING & DECORATING_<br>_3543 88TH AVE NE_<br>_Circle Pines MN  55014-4108_<br><br>_TAMARACK MATERIALS_<br>_9300 JAMES AVE S_<br>_Minneapolis MN  55431_<br><br>_THE TECH OUTFIT_<br>_23 SE 4TH STREET_<br>_SUITE 208_<br>_Minneapolis MN  55414_<br><br>_THE UPS STORE #1979_<br>_3109 WEST 50TH STREET #108_<br>_Minneapolis MN  55410-2102_<br><br>_THOMAS MITCHELL_<br>_115 SPRUCE STREET_<br>_Saint Paul MN  55115_<br><br>_THOMAS REPROGRAPHICS_<br>_PO BOX 740967_<br>_Dallas TX  75374-0967_<br><br>_TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA_<br>_ONE TOWER SQUARE 25115_<br>_Little Falls MN  56345_<br><br>_TWIN CITY HARDWARE_<br>_723 HADLEY AVE N_<br>_Saint Paul MN  55128_<br><br>_UNITED GLASS_<br>_6820 SHINGLE CREEK PARKWAY_<br>_SUITE 2_<br>_Minneapolis MN  55430_<br><br>_UNTED RENTALS_<br>_6125 LAKEVIEW RD, SUITE 300_<br>_Charlotte NC  28269_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor       Case No. _____
                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *HOWARD BOOKS...continued* | *US BANK*<br>*PO BOX 790408*<br>*Saint Louis MO  63179-0408*<br><br>*VALUE PLUS FLOORING, INC.*<br>*3109 NEIL ARMSTRONG BLVD*<br>*Saint Paul MN  55121*<br><br>*VIKING INDUSTRIAL CENTER*<br>*2340 MYRTLE AVE*<br>*Saint Paul MN  55114*<br><br>*WEST STAR ELECTRIC, INC.*<br>*603 LAKE ST E, SUITE 201*<br>*Wayzata MN  55391*<br><br>*WM EQUIPMENT INC*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN  55410* |
| *JEFF MCCALLUM*<br>*3935 49TH STREET*<br>*Minneapolis MN  55425* | *ACOUSTICS ASSOCIATES, INC.*<br>*1250 ZANE AVE. NORTH*<br>*Minneapolis MN  55422*<br><br>*ACUITY - X43303-3*<br>*2800 SOUTH TAYLOR DRIVE*<br>*Sheboygan WI  53081*<br><br>*ALL FURNITURE INC.*<br>*63 ST ANTHONY PKWY*<br>*Minneapolis MN  55418*<br><br>*ALPHA EQUIPMENT LLC*<br>*3109 W 50TH STREET #108*<br>*Minneapolis MN  55410*<br><br>*ALPHA WALL SYSTEMS INC*<br>*3109 W 50TH STREET*<br>*Minneapolis MN  55425*<br><br>*ALTA CONTRACTOR SERVICES, LLC*<br>*5115 EXCELSIOR BLVD #317*<br>*Minneapolis MN  55416*<br><br>*ALTA CONTRACTORS LLC*<br>*5201 VERNON AVE #168*<br>*Minneapolis MN  55436* |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor    Case No. _____

                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _JEFF MCCALLUM...continued_ | _APLHA STUCCO INC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_<br><br>_AUTO OWNERS INSURANCE_<br>_PO BOX 30315_<br>_Lansing MI  48909-7815_<br><br>_BERKLEY - MN WORK COMPENSATION ASSIGNED RISK PLAN_<br>_PO BOX 59143_<br>_Minneapolis MN  55459-0143_<br><br>_BERKLEY REGIONAL SPECIALTY INSURANCE_<br>_PO BOX 28333_<br>_Scottsdale AZ  85255_<br><br>_BERKLEY REGIONAL SPECIALTY INSURANCE_<br>_PO BOX 28333_<br>_Scottsdale AZ  85255_<br><br>_BREHNNHOFFER DRYWALL, INC._<br>_35090 EVERGREEN AVE._<br>_Elko New Market MN  55054_<br><br>_CENTRAIRE HEATING & AIR CONDITIONING, INC._<br>_7402 WASHINGTON AVE._<br>_Eden Prairie MN  55344_<br><br>_CLEAN CONSTRUCTION & BUILDING SERVICES_<br>_350 COUNTY RD. D EAST_<br>_Saint Paul MN  55117_<br><br>_COMMERCIAL PLUMBING & HEATING_<br>_24428 GREENWAY AVE_<br>_Forest Lake MN  55025_<br><br>_DAKOTA PRINTING, INC._<br>_451 E. CLIFF ROAD, SUITE 103_<br>_Burnsville MN  55337_<br><br>_DENIS MITCHELL_<br>_5501 EWING CIRCLE SOUTH_<br>_Minneapolis MN  55410_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _DENNIS COMPANIES, INC. DBA DENNIS_<br>_ENVIRONMENTAL OPERATIONS_<br>_551 TOPPING STREET_<br>_Saint Paul MN 55103_ |
| _JEFF MCCALLUM...continued_ | _DENNIS GIANAKAIS_<br>_5508 FRANCE AVE. S_<br>_Minneapolis MN 55410_ |
| | _FAYE ELLISON MITCHELL_<br>_5501 EWING CIRCLE SOUTH_<br>_Minneapolis MN 55410_ |
| | _FOSS CONSTRUCTION SERVICES INC. AND JIM_<br>_FOSS_<br>_59 LOGAN PARKWAY AVE_<br>_Minneapolis MN 55432_ |
| | _GABRIEL LAW OFFICE AND RICHARD J. GABRIEL_<br>_880 SIBLEY MEMORIAL HIGHWAY_<br>_RIVERWOOD PLACE SUITE 114_<br>_Saint Paul MN 55118-1736_ |
| | _INTERNAL REVENUE SERVICE_<br>_EN 80-0329307_<br>_Detroit MI 48201-0038_ |
| | _JEFF MCCALLUM_<br>_3935 49TH STREET_<br>_Minneapolis MN 55425_ |
| | _LLOYDS CONSTRUCTION SERVICES, INC._<br>_7207 W. 128TH ST._<br>_Savage MN 55378_ |
| | _MCCARRONS BUILDING CENTER, INC._<br>_NE HWY 8_<br>_PO BOX 490_<br>_Forest Lake MN 55025_ |
| | _MIDWEST FIRE PROTECTION, INC._<br>_324 HARDING STREET NE_<br>_Minneapolis MN 55413-2802_ |
| | _MIKE REINERT DRYWALL INC_<br>_1011 NORTH SHORE DRIVE_<br>_Waverly MN 55390_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _JEFF MCCALLUM...continued_ | _MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT_ <br> _FIRST NATIONAL BANK BUILDING_ <br> _332 MINNESOTA STREET STE E200_ <br> _ST PAUL MN  55101 1351_ <br><br> _MN REVENUE - MN ID 1455821_ <br> _600 NORTH ROBERT STREET_ <br> _Saint Paul MN  55101_ <br><br> _MUSKA ELECTRIC CO._ <br> _1985 OAKCREST AVE._ <br> _Saint Paul MN  55113_ <br><br> _MYSLAJEK, LTD_ <br> _100 SHERALD PARKWAY_ <br> _SUITE 600_ <br> _Minneapolis MN  55426_ <br><br> _PARKWAY LAWN SERVICES_ <br> _6038 PILLSBURY AVE. S._ <br> _Saint Paul MN  55123_ <br><br> _ROBERT MITCHELL_ <br> _115 SPRUCE STREET_ <br> _Saint Paul MN  55115_ <br><br> _RODEN IRON AND BRIAN RODEN_ <br> _21619 160TH AVE_ <br> _Milaca MN  56353-3035_ <br><br> _SCHREIER CABINETS, INC._ <br> _99 SO. OWASSO BLVD_ <br> _Saint Paul MN  55117_ <br><br> _SECURITY STATE BANK OF KENYON_ <br> _602 2ND STREET_ <br> _PO BOX 13_ <br> _Kenyon MN  55946_ <br><br> _SFM RISK SOLUTIONS_ <br> _PO BOX 9403_ <br> _Minneapolis MN  55440-9403_ <br><br> _SIGNATURE MECHANICAL, INC._ <br> _8260 ARTHUR STREET NW_ <br> _Minneapolis MN  55432_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor          Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _JEFF MCCALLUM...continued_ | _SIGNITY_<br>_4657 14TH AVE SO_<br>_Minneapolis MN  55407_<br><br>_STERLING ELECTRIC CORPORATION_<br>_8616 XYLON AVE , SUITE H_<br>_Minneapolis MN  55445_<br><br>_STEVE REINECCIUS_<br>_202 2ND AVE NE_<br>_Buffalo MN  55313_<br><br>_SUPERIOR PAINTING & DECORATING_<br>_3543 88TH AVE NE_<br>_Circle Pines MN  55014-4108_<br><br>_THOMAS MITCHELL_<br>_115 SPRUCE STREET_<br>_Saint Paul MN  55115_<br><br>_THOMAS REPROGRAPHICS_<br>_PO BOX 740967_<br>_Dallas TX  75374-0967_<br><br>_UNITED GLASS_<br>_6820 SHINGLE CREEK PARKWAY_<br>_SUITE 2_<br>_Minneapolis MN  55430_<br><br>_VALUE PLUS FLOORING, INC._<br>_3109 NEIL ARMSTRONG BLVD_<br>_Saint Paul MN  55121_<br><br>_VIKING INDUSTRIAL CENTER_<br>_2340 MYRTLE AVE_<br>_Saint Paul MN  55114_<br><br>_WEST STAR ELECTRIC, INC._<br>_603 LAKE ST E, SUITE 201_<br>_Wayzata MN  55391_<br><br>_WM EQUIPMENT INC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ROBERT MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115 | ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN  55422<br><br>ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI  53081<br><br>ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN  55418<br><br>ALMQUIST WELDING & GAB<br>PO BOX 522<br>Watford City ND  58854<br><br>BREHNNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN  55054<br><br>CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN  55117<br><br>CROWN METALS MANFACTURING COMPANY, INC.<br>765 SOUTH ROUTE 83<br>Elmhurst IL  60126-4228<br><br>DAKOTA PRINTING, INC.<br>451 E. CLIFF ROAD, SUITE 103<br>Burnsville MN  55337<br><br>DL COUCH<br>499 E COUNTY RD 300 S<br>PO BOX 570<br>New Castle IN  47362<br><br>FOSS CONSTRUCTION SERVICES INC.  AND JIM FOSS<br>59 LOGAN PARKWAY AVE<br>Minneapolis MN  55432<br><br>GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _ROBERT MITCHELL...continued_ | _HARRISON TILE COMPANY_<br>_75 WEST VIKING DRIVE SUITE 102_<br>_Saint Paul MN  55117_<br><br>_INTERNAL REVENUE SERVICE_<br>_EN 80-0329307_<br>_Detroit MI  48201-0038_<br><br>_LA CHAPELLE DESIGN WORKS_<br>_13409 1ST AVE SOUTH_<br>_Burnsville MN  55337_<br><br>_LLOYDS CONSTRUCTION SERVICES, INC._<br>_7207 W. 128TH ST._<br>_Savage MN  55378_<br><br>_MIDWEST FIRE PROTECTION, INC._<br>_324 HARDING STREET NE_<br>_Minneapolis MN  55413-2802_<br><br>_MIKE REINERT DRYWALL INC_<br>_1011 NORTH SHORE DRIVE_<br>_Waverly MN  55390_<br><br>_MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT_<br>_FIRST NATIONAL BANK BUILDING_<br>_332 MINNESOTA STREET STE E200_<br>_ST PAUL MN  55101 1351_<br><br>_MN REVENUE - MN ID 1455821_<br>_600 NORTH ROBERT STREET_<br>_Saint Paul MN  55101_<br><br>_MUSKA ELECTRIC CO._<br>_1985 OAKCREST AVE._<br>_Saint Paul MN  55113_<br><br>_MYSLAJEK, LTD_<br>_100 SHERALD PARKWAY_<br>_SUITE 600_<br>_Minneapolis MN  55426_<br><br>_PEOPLES BANK_<br>_234 EAST FIRST AVE_<br>_PO BOX 592_<br>_Cambridge MN  55008_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor        Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ROBERT MITCHELL...continued | SCHREIER CABINETS, INC.<br>99 SO. OWASSO BLVD<br>Saint Paul MN  55117<br><br>SFM RISK SOLUTIONS<br>PO BOX 9403<br>Minneapolis MN  55440-9403<br><br>SIGNATURE MECHANICAL, INC.<br>8260 ARTHUR STREET NW<br>Minneapolis MN  55432<br><br>SIGNITY<br>4657 14TH AVE SO<br>Minneapolis MN  55407<br><br>STEVE REINECCIUS<br>202 2ND AVE NE<br>Buffalo MN  55313<br><br>SUPERIOR PAINTING & DECORATING<br>3543 88TH AVE NE<br>Circle Pines MN  55014-4108<br><br>THE UPS STORE BOX 317<br>5115 EXCELSIOR BLVD<br>Minneapolis MN  55416<br><br>THOMAS REPROGRAPHICS<br>PO BOX 740967<br>Dallas TX  75374-0967<br><br>UNITED GLASS<br>6820 SHINGLE CREEK PARKWAY<br>SUITE 2<br>Minneapolis MN  55430<br><br>VALUE PLUS FLOORING, INC.<br>3109 NEIL ARMSTRONG BLVD<br>Saint Paul MN  55121 |
| TOM MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115 | ACOUSTICS ASSOCIATES, INC.<br>1250 ZANE AVE. NORTH<br>Minneapolis MN  55422 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor          Case No. _____

                                                                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | ACUITY - X43303-3<br>2800 SOUTH TAYLOR DRIVE<br>Sheboygan WI  53081 |
| TOM MITCHELL...continued | ALL FURNITURE INC.<br>63 ST ANTHONY PKWY<br>Minneapolis MN  55418 |
| | BREHNNHOFFER DRYWALL, INC.<br>35090 EVERGREEN AVE.<br>Elko New Market MN  55054 |
| | CLEAN CONSTRUCTION & BUILDING SERVICES<br>350 COUNTY RD. D EAST<br>Saint Paul MN  55117 |
| | DAKOTA PRINTING, INC.<br>451 E. CLIFF ROAD, SUITE 103<br>Burnsville MN  55337 |
| | FOSS CONSTRUCTION SERVICES INC.  AND JIM<br>FOSS<br>59 LOGAN PARKWAY AVE<br>Minneapolis MN  55432 |
| | GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736 |
| | INTERNAL REVENUE SERVICE<br>EN 80-0329307<br>Detroit MI  48201-0038 |
| | LLOYDS CONSTRUCTION SERVICES, INC.<br>7207 W. 128TH ST.<br>Savage MN  55378 |
| | MIDWEST FIRE PROTECTION, INC.<br>324 HARDING STREET NE<br>Minneapolis MN  55413-2802 |
| | MIKE REINERT DRYWALL INC<br>1011 NORTH SHORE DRIVE<br>Waverly MN  55390 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT FIRST NATIONAL BANK BUILDING 332 MINNESOTA STREET STE E200 ST PAUL MN  55101 1351 |
| TOM MITCHELL...continued | MN REVENUE - MN ID 1455821 600 NORTH ROBERT STREET Saint Paul MN  55101 |
| | MUSKA ELECTRIC CO. 1985 OAKCREST AVE. Saint Paul MN  55113 |
| | MYSLAJEK, LTD 100 SHERALD PARKWAY SUITE 600 Minneapolis MN  55426 |
| | PEOPLES BANK 234 EAST FIRST AVE PO BOX 592 Cambridge MN  55008 |
| | SCHREIER CABINETS, INC. 99 SO. OWASSO BLVD Saint Paul MN  55117 |
| | SFM RISK SOLUTIONS PO BOX 9403 Minneapolis MN  55440-9403 |
| | SIGNATURE MECHANICAL, INC. 8260 ARTHUR STREET NW Minneapolis MN  55432 |
| | SIGNITY 4657 14TH AVE SO Minneapolis MN  55407 |
| | STEVE REINECCIUS 202 2ND AVE NE Buffalo MN  55313 |
| | SUPERIOR PAINTING & DECORATING 3543 88TH AVE NE Circle Pines MN  55014-4108 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor          Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _TOM MITCHELL...continued_ | _THOMAS REPROGRAPHICS_<br>_PO BOX 740967_<br>_Dallas TX  75374-0967_<br><br>_UNITED GLASS_<br>_6820 SHINGLE CREEK PARKWAY_<br>_SUITE 2_<br>_Minneapolis MN  55430_<br><br>_VALUE PLUS FLOORING, INC._<br>_3109 NEIL ARMSTRONG BLVD_<br>_Saint Paul MN  55121_ |
| _WM EQUIPMENT CO., INC._<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_ | _ACUITY - X43303-3_<br>_2800 SOUTH TAYLOR DRIVE_<br>_Sheboygan WI  53081_<br><br>_ALPHA EQUIPMENT LLC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_<br><br>_ALPHA WALL SYSTEMS INC_<br>_3109 W 50TH STREET_<br>_Minneapolis MN  55425_<br><br>_ALTA CONTRACTOR SERVICES, LLC_<br>_5115 EXCELSIOR BLVD #317_<br>_Minneapolis MN  55416_<br><br>_ALTA CONTRACTORS LLC_<br>_5201 VERNON AVE #168_<br>_Minneapolis MN  55436_<br><br>_APLHA STUCCO INC_<br>_3109 W 50TH STREET #108_<br>_Minneapolis MN  55410_<br><br>_AUTO OWNERS INSURANCE_<br>_PO BOX 30315_<br>_Lansing MI  48909-7815_<br><br>_BROWN & JOSEPH - GRINNELL_<br>_2550 WEST GOLF ROAD, SUITE 300_<br>_Rolling Meadows IL  60008_ |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_ _____ / Debtor      Case No. _____
                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| WM EQUIPMENT CO., INC. ...continued | DELL BUSINESS CREDIT<br>PO BOX 5275<br>Carol Stream IL  60197-5275<br><br>DENIS MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410<br><br>FAYE ELLISON MITCHELL<br>5501 EWING CIRCLE SOUTH<br>Minneapolis MN  55410<br><br>GABRIEL LAW OFFICE AND RICHARD J. GABRIEL<br>880 SIBLEY MEMORIAL HIGHWAY<br>RIVERWOOD PLACE SUITE 114<br>Saint Paul MN  55118-1736<br><br>INTERNAL REVENUE SERVICE<br>EN 80-0329307<br>Detroit MI  48201-0038<br><br>JEFF MCCALLUM<br>3935 49TH STREET<br>Minneapolis MN  55425<br><br>MINNESOTA LIFE INSURANCE COMPANY<br>PO BOX 790244<br>Saint Louis MO  63179-0244<br><br>MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOPMENT<br>FIRST NATIONAL BANK BUILDING<br>332 MINNESOTA STREET STE E200<br>ST PAUL MN  55101 1351<br><br>MN REVENUE - MN ID 1455821<br>600 NORTH ROBERT STREET<br>Saint Paul MN  55101<br><br>MYSLAJEK, LTD<br>100 SHERALD PARKWAY<br>SUITE 600<br>Minneapolis MN  55426<br><br>PETER LENZ BUILDING, LLC<br>9463 ORFIELD LANE<br>Lancaster WI  53813 |

B6H (Official Form 6H) (12/07)

In re _JAMES MARK WALSH and KATHRYN ANN WALSH_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| WM EQUIPMENT CO., INC. ...continued | READAPTED, LLC<br>8249 BUCKWHEAT RIDGE RD<br>Lancaster WI  53813<br><br>RICHGELS SCHAEFER AGENCY, INC.<br>147 W. HICKORY ST.<br>PO BOX 549<br>Lancaster WI  53813<br><br>ROBERT MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115<br><br>RODEN IRON AND BRIAN RODEN<br>21619 160TH AVE<br>Milaca MN  56353-3035<br><br>SECURITY STATE BANK OF KENYON<br>602 2ND STREET<br>PO BOX 13<br>Kenyon MN  55946<br><br>THE TECH OUTFIT<br>23 SE 4TH STREET<br>SUITE 208<br>Minneapolis MN  55414<br><br>THOMAS MITCHELL<br>115 SPRUCE STREET<br>Saint Paul MN  55115 |

**Fill in this information to identify your case:**

Debtor 1        JAMES MARK WALSH
               First Name          Middle Name          Last Name

Debtor 2       KATHRYN ANN WALSH
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of MINNESOTA

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed  ☑ Not employed | ☑ Employed  ☐ Not employed |
| Occupation | | | PRESENTATION TEAM |
| Employer's name | | | TARGET CORPORATION |
| Employer's address | | | 100 NICOLLET MALL |
| | | Number   Street | Number   Street  PO BOX 9401 |
| | | | Minneapolis   MN   55440-940 |
| | | City   State   ZIP Code | City   State   ZIP Code |
| How long employed there? | | _____ | 15 YEARS |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1891.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 1891.00 |

Debtor 1 ___JAMES MARK WALSH_____  Case number (if known)_____
         First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................................➔ | 4. | $ _____ 0.00 | $ _____ 1891.00 |
| **5.** **List all payroll deductions:** |  |  |  |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ 0.00 | $ _____ 400.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ 0.00 | $ _____ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ 0.00 | $ _____ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ 0.00 | $ _____ 0.00 |
| 5e. **Insurance** | 5e. | $ _____ 0.00 | $ _____ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ _____ 0.00 | $ _____ 0.00 |
| 5g. **Union dues** | 5g. | $ _____ 0.00 | $ _____ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ _____ 0.00 | + $ _____ 0.00 |
| **6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ _____ 0.00 | $ _____ 400.00 |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ 0.00 | $ _____ 1491.00 |
| **8.** **List all other income regularly received:** |  |  |  |
| 8a. **Net income from rental property and from operating a business, profession, or farm** |  |  |  |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ 0.00 | $ _____ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ _____ 0.00 | $ _____ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** |  |  |  |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ 0.00 | $ _____ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ _____ 0.00 | $ _____ 0.00 |
| 8e. **Social Security** | 8e. | $ _____ 0.00 | $ _____ 0.00 |
| 8f. **Other government assistance that you regularly receive** |  |  |  |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | $ _____ 0.00 | $ _____ 0.00 |
| Specify: _____ | 8f. |  |  |
| 8g. **Pension or retirement income** | 8g. | $ _____ 0.00 | $ _____ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ _____ 0.00 | + $ _____ 0.00 |
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ _____ 0.00 | $ _____ 0.00 |
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ _____ 0.00 + | $ _____ 1,491.00 = | $ _____ 1491.00 |

**11.** **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $ _____ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.   12.   $ _____ 1491.00
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   JAMES WALSH IS CURRENTLY LOOKING FOR EMPLOYMENT

**Fill in this information to identify your case:**

| Debtor 1 | JAMES MARK WALSH | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | KATHRYN ANN WALSH | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:_____District of MINNESOTA

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1750.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 30.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Debtor 1    JAMES MARK WALSH
First Name    Middle Name    Last Name

Case number (if known)_____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $_____ 926.00

6. **Utilities:**

6a.    Electricity, heat, natural gas    6a. $_____ 200.00

6b.    Water, sewer, garbage collection    6b. $_____ 50.00

6c.    Telephone, cell phone, Internet, satellite, and cable services    6c. $_____ 246.00

6d.    Other. Specify: _____    6d. $_____ 0.00

7. **Food and housekeeping supplies**    7. $_____ 400.00

8. **Childcare and children's education costs**    8. $_____ 0.00

9. **Clothing, laundry, and dry cleaning**    9. $_____ 30.00

10. **Personal care products and services**    10. $_____ 30.00

11. **Medical and dental expenses**    11. $_____ 0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $_____ 400.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $_____ 100.00

14. **Charitable contributions and religious donations**    14. $_____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.    Life insurance    15a. $_____ 25.00

15b.    Health insurance    15b. $_____ 565.00

15c.    Vehicle insurance    15c. $_____ 243.00

15d.    Other insurance. Specify:_____    15d. $_____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $_____ 0.00

17. **Installment or lease payments:**

17a.    Car payments for Vehicle 1    17a. $_____ 527.00

17b.    Car payments for Vehicle 2    17b. $_____ 0.00

17c.    Other. Specify:_____    17c. $_____ 0.00

17d.    Other. Specify:_____    17d. $_____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form B 6I)**    18. $_____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19. $_____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

20a.    Mortgages on other property    20a. $_____ 0.00

20b.    Real estate taxes    20b. $_____ 0.00

20c.    Property, homeowner's, or renter's insurance    20c. $_____ 0.00

20d.    Maintenance, repair, and upkeep expenses    20d. $_____ 0.00

20e.    Homeowner's association or condominium dues    20e. $_____ 0.00

Debtor 1    JAMES MARK WALSH
_____

First Name        Middle Name        Last Name

Case number *(if known)*_____

21.   **Other**. Specify: _____    21.   **+** $_____ 0.00

22.   **Your monthly expenses.** Add lines 4 through 21.
      The result is your monthly expenses.    22.    $_____ 5522.00

23.   **Calculate your monthly net income.**

      23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $_____ 1491.00

      23b.    Copy your monthly expenses from line 22 above.    23b.   **—** $_____ 5522.00

      23c.    Subtract your monthly expenses from your monthly income.
              The result is your *monthly net income.*    23c.   $_____ -4031.00

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

      For example, do you expect to finish paying for your car loan within the year or do you expect your
      mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

      ☑ No.
      ☐ Yes.    Explain here:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re *JAMES MARK WALSH and KATHRYN ANN WALSH*

Case No.

Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $       250,200.00 | | |
| B-Personal Property | *Yes* | *7* | $       288,153.65 | | |
| C-Property Claimed as Exempt | *Yes* | *6* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $       248,598.79 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $        75,938.04 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *20* | | $        90,776.77 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *45* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $       1,491.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $       5,522.00 |
| TOTAL | | 87 | $     538,353.65 | $     415,313.60 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re *JAMES MARK WALSH and KATHRYN ANN WALSH*

Case No.

Chapter   **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C.  § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 75,938.04 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 75,938.04 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 1,491.00 |
| Average Expenses (from Schedule J, Line 22) | $ 5,522.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,777.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 75,938.04 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 90,776.77 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 92,553.77 |

B6 Declaration (Official Form 6 - Declaration) (12/19)

In re  *JAMES MARK WALSH and KATHRYN ANN WALSH* _____   Case No. _____
                        Debtor                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    __88__  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date:  *5/13/2014* _____         Signature  */s/ JAMES MARK WALSH* _____
                                                                    *JAMES MARK WALSH*

Date:  *5/13/2014* _____         Signature  */s/ KATHRYN ANN WALSH* _____
                                                                    *KATHRYN ANN WALSH*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: _____                                        Social security No. : _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____         Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: *JAMES MARK WALSH*                                                     Case No.

    *and*                                                                          _____
                                                                                                              (if known)
    *KATHRYN ANN WALSH*

_____ ,
                Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

                               *2014 YTD: $7,941.00 THROUGH MAY 3, 2014 (KATHRYN: WAGES TARGET) JAMES IS CURRENTLY UNEMPLOYED, HE HAS RECEIVED APPROXIMATELY $9,000.00 FOR HANDYMAN SERVICES*

                               *2013: $17,453 (KATHRYN: WAGES TARGET) $22,876 (KATHRYN: COMPANY DRAWS ALPHA EQUIPMENT), $1,400 (JAMES: WAGES ALTA CONTRACTOR SERVICES, LLC), $12,500 (JAMES: COMPANY DRAWS FROM ALTA CONTRACTORS, LLC), $5,000 (JAMES: WM EQUIPMENT, INC. COMPANY DRAW)*

                               *THE 2013 TAX RETURNS HAVE NOT YET BEEN PREPARED.  THE DEBTORS ARE WAITING FOR THE CORPORATE RETURNS TO BE PREPARED FOR THE VARIOUS ENTITIES.*

## 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 3. Payments to creditors

None
☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*NONE EXCEPT REGULAR MORTGAGE*
*PAYMENTS ON HOMESTEAD*

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *SECURITY BANK OF KEYNON V. ALTA CONTRACTORS, LLC, ALPHA WALL SYSTEMS, INC., ALPHA STUCCO, INC. WM EQUIPMENT, INC., DENIS MITCHELL AND JAMES WALSH CASE NO. 25-CV-13-2511* | *COLLECTION ACTION* | *GOODHUE COUNTY, STATE OF MINNESOTA* | *PENDING* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: LAPP LIBRA THOMSON STOEBNER & PUSCH, CHARTERED Address:* <br> *120 SOUTH SIXTH STREET* <br> *SUITE 2500* <br> *MINNEAPOLIS, MN 55402* | *Date of Payment: 1/31/2014* <br> *Payor: JAMES MARK WALSH* <br><br> *Date of Payment: 2/25/2014* <br> *Payor: JAMES MARK WALSH* | *$300.00* <br><br><br> *$5,006.00* |

## 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *IN 2011 JIM WALSH TRANSFERRED HIS 50% INTEREST IN ALPHA EQUIPMENT, LLC TO KATHRYN WALSH. DENIS MITCHELL ALSO TRANSFERRED HIS 50% INTEREST IN ALPHA EQUIPMENT, LLC TO HIS WIFE, FAYE MITCHELL.* | | |

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution: US BANK Address:* | *Name: Address:* | *ABSTRACT FOR HOMESTEAD IN SAFETY DEPOSIT BOX* | |

## 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒  List all property owned by another person that the  debtor  holds  or  controls.

**15. Prior address of debtor**

None ☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address  of  either spouse.

**16. Spouses and Former Spouses**

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☒  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature  of  the businesses, and beginning and ending dates of all businesses   in  which the debtor was a partner or owned 5 percent or more  of the voting or equity securities, within six years immediately preceding the commencment of this case.

B7 - (Official Form 7) (4/13)

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  05/13/2014          Signature  /s/ JAMES MARK WALSH
                          of Debtor

Date  05/13/2014          Signature  /s/ KATHRYN ANN WALSH
                          of Joint Debtor
                          (if any)

B7 - (Official Form 7) (4/13)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re *JAMES MARK WALSH and KATHRYN ANN WALSH*

Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *BANK OF AMERICA* | *HOMESTEAD* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *EAGLE VALLEY BANK* | *HOMESTEAD* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain   *RETAIN* _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. *3* | |
|---|---|
| **Creditor's Name :** <br><br> *POSTAL CREDIT UNION* | **Describe Property Securing Debt :** <br><br> *2011 MARINER* |

Property will be (check one) :

☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach
additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** <br><br> *None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> ☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt
and/or personal property subject to an unexpired lease.

Date: *05/13/2014*               Debtor:  */s/ JAMES MARK WALSH*

Date: *05/13/2014*               Joint Debtor:  */s/ KATHRYN ANN WALSH*

B22A (Official Form 22A) (Chapter 7) (4/13)

In re   JAMES MARK WALSH and KATHRYN ANN WALSH
_____
                        Debtor(s)

Case Number: _____
                  (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this |
| --- |
| ☐ **The presumption arises.** |
| ☒ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. |
| --- | --- |
| | ☐ **Declaration of Disabled Veteran.**  By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |

| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. |
| --- | --- |
| | ☒ **Declaration of non-consumer debts.**   By checking this box, I declare that my debts are not primarily consumer debts. |

| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and presumption is temporarily inapplicable" at the top of this statement, (2) complete the verification in Part VIII. complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** |
| --- | --- |
| | ☐ **Declaration of Reservists and National Guard Members** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard |
| |     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and |
| |         ☐ I remain on active duty /or/ |
| |         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; |
| |         OR |
| |     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ |
| |         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (4/13)    - Cont     2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | Column A<br><br>Debtor's Income | Column B<br><br>Spouse's Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession, or farm** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts   $<br>b. Ordinary and necessary business expenses   $<br>c. Business income   Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts   $<br>b. Ordinary and necessary operating expenses   $<br>c. Rent and other real property income   Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $_____   Spouse $_____ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.   0<br>b.   0<br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).**   If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**   Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.**   Enter the median family income for the applicable state and household size. (This information is available by family size at     www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).**   Check the applicable box and proceed as directed.<br>☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**   Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.**   If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| | | | |
|---|---|---|---|
| a. | | $ | |
| b. | | $ | |
| c. | | $ | |

| | Total and enter on Line 17 | $ |
| 18 | **Current monthly income for § 707(b)(2).**   Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing, and other items.**   Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

**B22A (Official Form 22A) (Chapter 7) (4/13)**  - Cont                                                                                           4

| | |
|---|---|
| **19B** | **National Standards: health care.**     Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at      www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. Allowance per member | | a2. Allowance per member | |
| b1. Number of members | | b2. Number of members | |
| c1. Subtotal | | c2. Subtotal | $ |

| | | |
|---|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.**     Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | | |
|---|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at  www.usdoj.gov/ust/   or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.**     If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☒ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at    www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.**     If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy | $ |

**B22A (Official Form 22A) (Chapter 7) (4/13)        - Cont**                                                                 5

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**    Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.    **Do not enter an amount less than zero.** | $ |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line b below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.    **Do not enter an amount less than zero.** | $ |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.    **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.**     Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.**      Enter total average monthly premiums that you actually pay for term life insurance for yourself.    **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**     Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**       Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**     Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.    **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**      Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**    Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.    **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | $ |

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.**    List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance — $<br>b. Disability Insurance — $<br>c. Health Savings Account — $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,**  state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.**    Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.**    Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.    **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 38 | **Education expenses for dependent children less than 18.**    Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.    **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.**    Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)    **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.**    Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).**    Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.**    For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no | |
| b. | | | $ | ☐ yes  ☐ no | |
| c. | | | $ | ☐ yes  ☐ no | |
| d. | | | $ | ☐ yes  ☐ no | |
| e. | | | $ | ☐ yes  ☐ no | |
| | | | Total: Add Lines a - e | | $ |

**B22A (Official Form 22A) (Chapter 7) (4/13)**     - Cont     7

| 43 | **Other payments on secured claims.**     If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| d. | | | $ |
| e. | | | $ |
| | | Total: Add Lines a - e | $ |

| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**   If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at      www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.**   Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** |
|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).**   Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** |
|---|---|

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).**   Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,475***   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $12,475***   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,475*, but not more than $12,475*.**   Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.**   Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

**B22A (Official Form 22A) (Chapter 7) (4/13)** - Cont

8

| | PART VII. ADDITIONAL EXPENSE CLAIMS |
|---|---|
| 56 | **Other Expenses.**  List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this a joint case, both debtors must sign.)*<br><br>Date: _____     Signature: _/S/ JAMES MARK WALSH_____<br> (Debtor)<br><br>Date: _____     Signature: _/S/ KATHRYN ANN WALSH_____<br> (Joint Debtor, if any ) |

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

In re *JAMES MARK WALSH*                                         Case No.
    *and*                                               Chapter  7
    *KATHRYN ANN WALSH*

_____ / Debtor

Attorney for Debtor:   **ROSANNE H. WIRTH**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *05/13/2014*
_____

                               */s/ JAMES MARK WALSH*
                                 Debtor

                               */s/ KATHRYN ANN WALSH*
                                 Joint Debtor

```
ACOUSTICS ASSOCIATES  INC
1250 ZANE AVE  NORTH
MINNEAPOLIS  MN  55422



ACUITY - X43303-3
2800 SOUTH TAYLOR DRIVE
SHEBOYGAN  WI  53081



ALL FURNITURE INC
63 ST ANTHONY PKWY
MINNEAPOLIS  MN  55418



ALMQUIST WELDING & GAB
PO BOX 522
WATFORD CITY  ND  58854



ALPHA CONTAINER SERVICES AND RECYCLING
4180 160TH STREET E
ROSEMOUNT  MN  55068



ALPHA EQUIPMENT LLC
3109 W 50TH STREET #108
MINNEAPOLIS  MN  55410



ALPHA EQUIPMENT  LLC
3109 W 50TH STREET #108
MINNEAPOLIS  MN  55410



ALPHA STUCCO  INC
3109 W 50TH STREET #108
MINNEAPOLIS  MN  55410
```

ALPHA WALL SYSTEMS INC
3109 W 50TH STREET
MINNEAPOLIS   MN  55425


ALPHA WALL SYSTEMS  INC
3109 W 50TH STREET
MINNEAPOLIS  MN  55425


ALTA CONTRACTOR SERVICES
5201 VERNON AVE #168
MINNEAPOLIS   MN  55436


ALTA CONTRACTOR SERVICES   LLC
5115 EXCELSIOR BLVD #317
MINNEAPOLIS   MN  55416


ALTA CONTRACTORS LLC
5201 VERNON AVE #168
MINNEAPOLIS   MN  55436


ALTA CONTRACTORS  LLC
5201 VERNON AVE #168
MINNEAPOLIS   MN  55436


AMY WALSH
12165 JANERO AVE N
HUGO  MN  55038


APLHA STUCCO INC
3109 W 50TH STREET #108
MINNEAPOLIS   MN  55410

AUTO OWNERS INSURANCE
PO BOX 30315
LANSING  MI  48909-7815


BANK OF AMERICA
PO BOX 5170
SIMI VALLEY  CA  93062-5170


BEARENCE MANAGEMENT GROUP
2010 CENTRE POINTE BLVD
SAINT PAUL  MN  55120


BERKLEY - MN WORK COMPENSATION ASSIGNED
PO BOX 59143
MINNEAPOLIS  MN  55459-0143


BERKLEY REGIONAL SPECIALTY INSURANCE
PO BOX 28333
SCOTTSDALE  AZ  85255


BREHNNHOFFER DRYWALL  INC
35090 EVERGREEN AVE
ELKO NEW MARKET  MN  55054


BROWN & JOSEPH - GRINNELL
2550 WEST GOLF ROAD  SUITE 300
ROLLING MEADOWS  IL  60008


CAPITAL ONE BANK (USA)  N A
PO BOX 6492
CAROL STREAM  IL  60197-6492

CARPENTERS AND JOINERS FRINGE BENEFIT FU
3001 METRO DRIVE
MINNEAPOLIS   MN   55425


CENTRAIRE HEATING & AIR CONDITIONING   IN
7402 WASHINGTON AVE
EDEN PRAIRIE   MN   55344


CHARLIE MITCHELL
3243 13TH AVE
ANOKA   MN   55303


CHASE VISA *2879
P O BOX 15123
WILMINGTON   DE  19850 5298


CHASE VISA *1199
P O BOX 15123
WILMINGTON   DE  19850 5298


CLEAN CONSTRUCTION & BUILDING SERVICES
350 COUNTY RD  D EAST
SAINT PAUL   MN   55117


COMMERCIAL PLUMBING & HEATING
24428 GREENWAY AVE
FOREST LAKE  MN   55025


CROWN METALS MANFACTURING COMPANY   INC
765 SOUTH ROUTE 83
ELMHURST   IL   60126-4228

DAKOTA PRINTING  INC
451 E  CLIFF ROAD  SUITE 103
BURNSVILLE  MN  55337


DELL BUSINESS CREDIT
PO BOX 5275
CAROL STREAM  IL  60197-5275


DENIS MITCHELL
5501 EWING CIRCLE S
MINNEAPOLIS  MN  55410


DENIS MITCHELL
5501 EWING CIRCLE SOUTH
MINNEAPOLIS  MN  55410


DENNIS COMPANIES  INC  DBA DENNIS ENVIRO
551 TOPPING STREET
SAINT PAUL  MN  55103


DENNIS GIANAKAIS
5508 FRANCE AVE  S
MINNEAPOLIS  MN  55410


DL COUCH
499 E COUNTY RD 300 S
PO BOX 570
NEW CASTLE  IN  47362


EAGLE VALLEY BANK
14800 GALAXIE AVE W
SAINT PAUL  MN  55124

```
EAGLE VALLEY BANK
14800 GALAXIE AVE #100
SAINT PAUL  MN  55124



EDWARD AND HELEN WEIDELL
35196 SWEDE ALLEY
HINCKLEY  MN  55037



FAYE ELLISON MITCHELL
5501 EWING CIRCLE SOUTH
MINNEAPOLIS  MN  55410



FAYE ELLISON MITCHELL
5501 EWING CIRCLE S
MINNEAPOLIS  MN  55401



FIRSTSOURCE ADVANTAGE  LLC
205 BRYANT WOODS S
BUFFALO  NY  14228



FOSS CONSTRUCTION SERVICES INC   AND JIM
59 LOGAN PARKWAY AVE
MINNEAPOLIS  MN  55432



GABRIEL LAW OFFICE AND RICHARD J  GABRIE
880 SIBLEY MEMORIAL HIGHWAY
RIVERWOOD PLACE SUITE 114
SAINT PAUL  MN  55118-1736



GE CAPITAL
P O  BOX 6229
CAROL STREAM  IL  60197-6229
```

```
HARRISON TILE COMPANY
75 WEST VIKING DRIVE SUITE 102
SAINT PAUL  MN  55117


HEALTH EAST CARE SYSTEM
1700 UNIVERSITY AVE W
SAINT PAUL  MN  55104


HEALTHEAST CARE SYSTEM
1700 UNIVERSITY AVE W
SAINT PAUL  MN  55104


HIAWATHA REDDY RENTS  INC
4411 HIAWATHA AVE  N
MINNEAPOLIS  MN  55406


HIGHLAND BANK
2100 FORD PARKWAY
SAINT PAUL  MN  55117


HILIT  INC
PO BOX 21148
TULSA  OK  74121-1148


HOWARD BOOKS
17427 GETTYSBURG WAY
LAKEVILLE  MN  55044


INTERNAL REVENUE SERVICE
EN 80-0329307
DETROIT  MI  48201-0038
```

```
INTERNAL REVENUE SERVICE
STOP 5700
30 EAST 7TH STREET  SUITE 1222
SAINT PAUL  MN  55101
```

```
INTERNATIONAL PAINTERS AND ALLIED TRADES
3205 COUNTY DRIVE
SAINT PAUL  MN  55117
```

```
IOWA DEPARTMENT OF REVENUE
ACCT *8630 WITHHOLDING TAX
PO BOX 10471
DES MOINES  IA  50306-0471
```

```
JEFF MCCALLUM
3935 49TH STREET
MINNEAPOLIS  MN  55425
```

```
JEFFREY C  BRAEGELMANN
2700 SOUTH BROADWAY
PO BOX 458
NEW ULM  MN  56073
```

```
JENNINGS SIGMOND ATTORNEY AT LAW  AND PH
510 WALNUT STREET 16TH FLOOR
PHILADELPHIA  PA  19106-3683
```

```
LA CHAPELLE DESIGN WORKS
13409 1ST AVE SOUTH
BURNSVILLE  MN  55337
```

```
LLOYDS CONSTRUCTION SERVICES  INC
7207 W  128TH ST
SAVAGE  MN  55378
```

MARKS TOWING
3670 KENNEBEC DR
SAINT PAUL  MN  55122


MCCARRONS BUILDING CENTER  INC
NE HWY 8
PO BOX 490
FOREST LAKE  MN  55025


MCGRANN SHEA LAW FIRM AND CHRISTY E  LAW
800 NICOLLET MALL #2600
MINNEAPOLIS  MN  55402-7035


MIDWEST FIRE PROTECTION  INC
324 HARDING STREET NE
MINNEAPOLIS  MN  55413-2802


MIKE REINERT DRYWALL INC
1011 NORTH SHORE DRIVE
WAVERLY  MN  55390


MINNESOTA LIFE INSURANCE COMPANY
PO BOX 790244
SAINT LOUIS  MO  63179-0244


MN DEPARTMENT OF REVENUE
551 BKY SECTION
P O BOX 64447
SAINT PAUL  MN  55164


MN DEPT EMPLOYMENT AND  ECONOMIC DEVELOP
FIRST NATIONAL BANK BUILDING
332 MINNESOTA STREET STE E200
ST PAUL  MN  55101 1351

```
MN REVENUE - MN ID 1455821
600 NORTH ROBERT STREET
SAINT PAUL  MN  55101



MUNICIPAL SERVICES BUREAU
P O  BOX 16755
AUSTIN  TX  78761-6755



MUSKA ELECTRIC CO
1985 OAKCREST AVE
SAINT PAUL  MN  55113



MYSLAJEK  LTD
100 SHERALD PARKWAY
SUITE 600
MINNEAPOLIS  MN  55426



NANCY WALSH
2380 7TH AVE E
SAINT PAUL  MN  55109



NORAN NEUROLOGICAL CLINIC
2828 CHICAGO AVE S #200
MINNEAPOLIS  MN  55407



PARKWAY LAWN SERVICES
6038 PILLSBURY AVE  S
SAINT PAUL  MN  55123



PEOPLES BANK
234 EAST FIRST AVE
PO BOX 592
CAMBRIDGE  MN  55008
```

PETER LENZ BUILDING  LLC
9463 ORFIELD LANE
LANCASTER  WI  53813


PIRTEK PLYMOUTH
11350 HWY 55
MINNEAPOLIS  MN  55441


PITNEY BOWES
PO BOX 371874
PITTSBURGH  PA  15250-7874


PLASTERERS & CABINETMAKERS HEALTH FUND
3001 METRO DRIVE  SUITE 500
MINNEAPOLIS  MN  55425


POSTAL CREDIT UNION
2401 MCKNIGHT RD N
SAINT PAUL  MN  55109


READAPTED  LLC
8249 BUCKWHEAT RIDGE RD
LANCASTER  WI  53813


RICHGELS SCHAEFER AGENCY  INC
147 W  HICKORY ST
PO BOX 549
LANCASTER  WI  53813


ROBERT MITCHELL
115 SPRUCE STREET
SAINT PAUL  MN  55115

RODEN IRON AND BRIAN RODEN
21619 160TH AVE
MILACA  MN  56353-3035


SCHREIER CABINETS  INC
99 SO  OWASSO BLVD
SAINT PAUL  MN  55117


SECURITY STATE BANK OF KENYON
602 2ND STREET
PO BOX 13
KENYON  MN  55946


SFM RISK SOLUTIONS
PO BOX 9403
MINNEAPOLIS  MN  55440-9403


SIGNATURE MECHANICAL  INC
8260 ARTHUR STREET NW
MINNEAPOLIS  MN  55432


SIGNITY
4657 14TH AVE SO
MINNEAPOLIS  MN  55407


STATE OF MN DEPARTMENT OF MILITARY AFFAI
1500 HIGHWAY 115
LITTLE FALLS  MN  56345


STERLING ELECTRIC CORPORATION
8616 XYLON AVE   SUITE H
MINNEAPOLIS  MN  55445

STEVE REINECCIUS
202 2ND AVE NE
BUFFALO  MN  55313


SUPERIOR PAINTING & DECORATING
3543 88TH AVE NE
CIRCLE PINES  MN  55014-4108


TAMARACK MATERIALS
9300 JAMES AVE S
MINNEAPOLIS  MN  55431


TARGET CARD SERVICES
PO BOX 660170
DALLAS  TX  75266-0170


THE TECH OUTFIT
23 SE 4TH STREET
SUITE 208
MINNEAPOLIS  MN  55414


THE UPS STORE #1979
3109 WEST 50TH STREET #108
MINNEAPOLIS  MN  55410-2102


THE UPS STORE BOX 317
5115 EXCELSIOR BLVD
MINNEAPOLIS  MN  55416


THOMAS MITCHELL
115 SPRUCE STREET
SAINT PAUL  MN  55115

```
THOMAS REPROGRAPHICS
PO BOX 740967
DALLAS  TX  75374-0967



TOM MITCHELL
115 SPRUCE STREET
SAINT PAUL  MN  55115



TRAVELERS CASUALTY AND SURETY COMPANY OF
ONE TOWER SQUARE 25115
LITTLE FALLS  MN  56345



TWIN CITY HARDWARE
723 HADLEY AVE N
SAINT PAUL  MN  55128



UNITED GLASS
6820 SHINGLE CREEK PARKWAY
SUITE 2
MINNEAPOLIS  MN  55430



UNTED RENTALS
6125 LAKEVIEW RD  SUITE 300
CHARLOTTE  NC  28269



US BANK
PO BOX 790408
SAINT LOUIS  MO  63179-0408



US BANK
P O BOX 790408
ST LOUIS    MO  63179 0408
```

```
VALUE PLUS FLOORING  INC
3109 NEIL ARMSTRONG BLVD
SAINT PAUL  MN  55121


VIKING INDUSTRIAL CENTER
2340 MYRTLE AVE
SAINT PAUL  MN  55114


WEST STAR ELECTRIC  INC
603 LAKE ST E  SUITE 201
WAYZATA  MN  55391


WM EQUIPMENT CO   INC
3109 W 50TH STREET #108
MINNEAPOLIS  MN  55410


WM EQUIPMENT INC
3109 W 50TH STREET #108
MINNEAPOLIS  MN  55410
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

JAMES M. WALSH AND KATHRYN A. WALSH

_____

Debtor(s).

Case No. _____

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . $ 5,306.00

Prior to the filing of this statement I have received . . . . . . . . . . $ 5,306.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

(a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

(b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

(c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

(d) Representation of the debtor in contested bankruptcy matters; and

(e) Other services reasonably necessary to represent the debtor(s).

Local Form 1007-1 (05/14)

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy.  I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Date: MAY 13, 2014

Signature of Attorney